## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **INTELLECTROS LLC,** | |
| Plaintiff, | **Civil Action No. 2:25-cv-01024** |
| v. | **JURY TRIAL DEMANDED** |
| **FORTINET, INC.,** | **PATENT CASE** |
| Defendants. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Intellectros LLC ("Plaintiff") files this Complaint for patent infringement against Fortinet, Inc., and alleges as follows:

## I. THE PARTIES

1.      Plaintiff Intellectros LLC ("Intellectros" or "Plaintiff") is a Texas limited liability company with its address at 3000 Custer Rd, Ste 270, PMB 392, Plano, TX 75075-4427.

2.      On information and belief, Defendant Fortinet, Inc., ("Defendant") is a corporation organized and existing under the laws of Delaware with a place of business at 6735 Salt Cedar Way, Frisco, TX 75034. Defendant has a registered agent at Corporation Service Company dba CSC - Lawyers Incorp, 211 E. 7th Street, Suite 620, Austin, TX 78701

## II. JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its

business in this forum, including at least a portion of the infringements alleged herein at 6735 Salt Cedar Way, Frisco, TX 75034.

5.       Without limitation, on information and belief, within this state, Defendant used the patented inventions thereby committing, and continuing to commit, acts of patent infringement alleged herein.  In addition, on information and belief, Defendant derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas. Defendant committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6.       Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, Defendant maintains a place of business at 6735 Salt Cedar Way, Frisco, TX 75034.  On information and belief, from and within this District Defendant committed at least a portion of the infringements at issue in this case.

7.       For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 9,755,797)

8.       Plaintiff incorporates the above paragraphs herein by reference.

9.       On September 5, 2017, the USPTO duly and legally issued U.S. Patent No. 9,755,797 ("the '797 Patent"), entitled "Localization - Based Beamforming Scheme for Systems

with Multiple Antennas." A true and correct copy of the '797 Patent is attached hereto as Exhibit 2.

10. Intellectros is the assignee of all right, title, and interest in the '797 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '797 Patent. Accordingly, Intellectros possesses the exclusive right and standing to prosecute the present action for infringement of the '797 Patent by Defendant.

11. **Direct Infringement.** Upon information and belief, Defendant directly infringed and infringes claim 1 of the '797 Patent in Texas, and elsewhere in the United States, by performing actions comprising using or performing the claimed method that comply with the 5G standard with products including FortiExtender 5G/LTE Gateway 511G, 511G-Wifi, and 511F ("Accused Instrumentality").

12. The Accused Instrumentality, compliant with the 5G standard, practices a method (e.g., positioning method utilized by 5G technology) comprising: receiving a plurality of positioning reference signals (PRSs) from a plurality of base stations (e.g., base stations or transmission points (TPs)) by a user equipment (UE) in a mobile communications network, wherein the UE receives a PRS transmission from a serving base station applied with distinct beamforming vectors (e.g., vectors used in beamforming) for multiple OFDM symbols using multiple antennas.

# FortiExtender 5G/LTE Gateways



([https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf](https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf)).

## Models and Specifications

Select the best 5G/LTE product for your specific needs, from FortiExtender 5G/LTE gateways to FortiGate network firewalls with embedded 5G/LTE. Deployment site, environmental conditions, and signal availability should be considered when selecting the best product. For assistance choosing a firewall or extender, visit our **Product Compare Tool**.

| MODEL | DEVICE TYPE | DATA SHEET | VIDEO |
|---|---|---|---|
| FortiExtender 101F  » | Gateway | 📄 | |
| FortiExtender 201F  » | Gateway | 📄 | |
| FortiExtender 202F  » | Dual-Modem Gateway | 📄 | |
| FortiExtender 212F  » | Dual-Modem Gateway | 📄 | |
| FortiExtender 311F  » | Gateway | 📄 | |
| FortiExtender 511G  » | 5G Gateway | 📄 | |
| FortiExtender 511G-WiFi  » | 5G Gateway with Wi-Fi | 📄 | |
| FortiExtender 511F  » | 5G Gateway | 📄 | ▶ |

Branch

Mobility

IoT

([https://www.fortinet.com/products/wireless-wan-fortiextender](https://www.fortinet.com/products/wireless-wan-fortiextender)).

## Features

### Superior Management, Security, and Control

FortiExtender is a plug-and-play device. Once connected to a FortiGate, either directly or remotely over VxLAN, FortiExtender appears as a regular network interface in FortiOS management. IT administrators can manage the connection and implement advanced protection from FortiGuard, just like any other FortiGate interface.

### Flexible Deployment for Optimal Signal Strength

FortiExtender devices removed the need for lengthy, expensive, and lossy antenna cables. FortiExtender utilizes Power over Ethernet (PoE) so you can run a high-quality Ethernet cable up to 100 meters away from the FortiGate or network switch where there is optimal 5G/LTE signal. Certain FortiExtender models also support SFP ports, so that you can deploy the device over 100 meters away from the FortiGate or network switch.

### 5G/LTE Wireless WAN



FortiExtender supports dual-SIM and dual-modem options, enabling up to four different ISPs for ultra-reliable connectivity. Dual-SIM models enable active/passive cellular for failover based on data plan, disconnects, signal strength, and link health, allowing you to balance connectivity quality and cost. Dual-Modem provides active/active cellular links for high-availability, traffic isolation, and load-balancing use cases. Failover configuration options for Dual-SIM FortiExtender include.

(https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf).

| | FEX-311F | FEX-511F |
|---|---|---|
| Regional Compatibility | | |
| | Global Carriers | Global Carriers |
| Internal Modem Specifications | | |
| Modem Model | Quectel EM160R-GL | Quectel RM502Q-AE |
| 5G NR SA and NSA ** | — | 5G Sub-6<br>Bands:<br>n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n48, n66, n71, n77, n78, n79 |
| 4G: LTE ** | CAT-16<br>FDD Bands:<br>1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66<br>TDD Bands:<br>38, 39, 40, 41, 42, 43, 46 (LAA), 48 (CBRS) | CAT-20<br>FDD Bands:<br>1, 2, 3, 4, 5, 7, 8, 12(17), 13, 14, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71<br>TDD Bands:<br>34, 38, 39, 40, 41, 42, 43, 48 |
| 3G: UMTS/HSPA+ ** | Bands: 1, 2, 3, 4, 5, 6, 8, 19 | Bands: 1, 2, 3, 4, 5, 6, 8, 19 |
| 3G: WCDMA ** | Bands: 1, 2, 3, 4, 5, 6, 8, 19 | Bands: 1, 2, 3, 4, 5, 6, 8, 19 |
| Additional Ports | MIMO1, MIMO2 | MIMO1, MIMO2 |
| Connector Type | 4x SMA<br>(MAIN, MIMO1, MIMO2, Diversity/GPS) | 4x SMA<br>(MAIN, MIMO1, MIMO2, Diversity/GPS) |
| Module Certifications | GCF, CE, PTCRB, FCC, IC, Anatel, IFETEL, SRRC/NAL/CCC, NCC, KC, JATE/TELEC, RCM, ICASA | GCF, CE, PTCRB, FCC, IC, JATE/TELEC, RCM |
| Diversity | ⊘ | ⊘ |
| MIMO | ⊘ | ⊘ |
| GNSS Bias | ⊘ | ⊘ |

(https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf).

Positioning functionality provides a means to determine the geographic position and/or velocity of the UE based on measuring radio signals. The position information may be requested by and reported to a client (e.g., an application) associated with the UE, or by a client within or attached to the core network. The position information shall be reported in standard formats, such as those for cell-based or geographical co-ordinates, together with the estimated errors (uncertainty) of the position and velocity of the UE and, if available, the positioning method (or the list of the methods) used to obtain the position estimate.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138305/16.01.00_60/ts_138305v160100p.p

df).

## 4.3    Standard UE Positioning Methods

### 4.3.1    Introduction

The standard positioning methods supported for NG-RAN access are:

- network-assisted GNSS methods;

-   observed time difference of arrival (OTDOA) positioning based on LTE signals;

- enhanced cell ID methods based on LTE signals;

- WLAN positioning;

- Bluetooth positioning;

- terrestrial beacon system (TBS) positioning;

- sensor based methods:

    - barometric Pressure Sensor;

    -  motion sensor.

- NR enhanced cell ID methods (NR E-CID) based on NR signals;

- Multi-Round Trip Time Positioning (Multi-RTT based on NR signals);

- Downlink Angle-of-Departure (DL-AoD) based on NR signals;

- Downlink Time Difference of Arrival (DL-TDOA) based on NR signals;

- Uplink Time Difference of Arrival (UL-TDOA) based on NR signals;

- Uplink Angle of Arrival (UL-AoA), including the Azimuth of Arrival (A-AoA) and the Zenith of Arrival (Z-AoA) based on NR signals.

Hybrid positioning using multiple methods from the list of positioning methods above is also supported.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138305/16.01.00_60/ts_138305v160100p.p

df).

**Transmission Point (TP)**: A set of geographically co-located transmit antennas (e.g. antenna array (with one or more antenna elements)) for one cell, part of one cell or one DL-PRS-only TP. Transmission Points can include base station (ng-eNB or gNB) antennas, remote radio heads, a remote antenna of a base station, an antenna of a DL-PRS-only TP, etc. One cell can include one or multiple transmission points. For a homogeneous deployment, each transmission point may correspond to one cell.

(*Id.*).

| | |
|---|---|
| OTDOA | Observed Time Difference Of Arrival |
| PDU | Protocol Data Unit |
| posSIB | Positioning SIB |
| PPP | Precise Point Positioning |
| PPP-RTK | Precise Point Positioning – Real-Time Kinematic |
| PRS | Positioning Reference Signal (for E-UTRA) |
| QZSS | Quasi-Zenith Satellite System |
| RP | Reception Point |
| RRM | Radio Resource Management |
| RSRP | Reference Signal Received Power |
| RSSI | Received Signal Strength Indicator |
| RSTD | Reference Signal Time Difference |
| RTK | Real-Time Kinematic |
| CLAS | Centimetre Level Augmentation Service |
| DL-AoD | Downlink Angle-of-Departure |
| DL-PRS | Downlink Positioning Reference Signal |
| DL-TDOA | Downlink Time Difference Of Arrival |

(*Id.*).

### 4.3.3    OTDOA positioning

The OTDOA positioning method makes use of the measured timing of downlink signals received from multiple TPs, comprising eNBs, ng-eNBs and PRS-only TPs, at the UE. The UE measures the timing of the received signals using assistance data received from the positioning server, and the resulting measurements are used to locate the UE in relation to the neighbouring TPs.

(*Id.*).

### 4.3.12    DL-AoD positioning

The DL-AoD positioning method makes use of the measured DL-PRS-RSRP of downlink signals received from multiple TPs, at the UE. The UE measures the DL-PRS-RSRP of the received signals using assistance data received from the positioning server, and the resulting measurements are used along with other configuration information to locate the UE in relation to the neighbouring TPs.

The operation of the DL-AoD positioning method is described in clause 8.11.

### 4.3.13    DL-TDOA positioning

The DL-TDOA positioning method makes use of the DL RSTD (and optionally DL-PRS-RSRP) of downlink signals received from multiple TPs, at the UE. The UE measures the DL RSTD (and optionally DL-PRS-RSRP) of the received signals using assistance data received from the positioning server, and the resulting measurements are used along with other configuration information to locate the UE in relation to the neighbouring TPs.

The operation of the DL-TDOA positioning method is described in clause 8.12.

(*Id.*).

## Key features of 5G NR positioning

5G NR provides a few enhanced parameters for positioning accuracy estimation than previous mobile generations, particularly with regards to time- and angle-based positioning methods. Below, we list a few key observations on these parameters.

- The delay error variance decreases in the order of the square of the bandwidth as the bandwidth increases. However, the angle variance is completely independent of the bandwidth. NR provides significant bandwidth improvement over LTE; while LTE provides a maximum of 20 MHz, NR provides up to 100 MHz in frequency range 1 and 400 MHz in frequency range 2.

- Received power is inversely proportional to all estimate variances. In NR, received power can be increased by beamforming. This is especially more important for numerologies with higher subcarrier spacings.

- NR provides five different choices for subcarrier spacing: 15 kHz, 30 kHz, 60 kHz, 120 kHz and 240 kHz. The subcarrier-spacing is a bit peculiar since it gives a linear increase to the angle variances, while at the same time giving only a linear decrease to the delay variance. This effect is derived from the noise variance increasing linearly with the subcarrier spacing. A natural way to counter this is to increase the RX power.

- Different antenna patterns, in terms of spacings and number of polarizations in relation to rows and columns in antenna array etc. do not affect the delay variance, but rather only the total number of antenna elements in the array matter. For the angle estimates, the variance is proportional to the inverse square of the antenna spacing. Furthermore, the number of rows and columns respectively of the antenna array gives a cubic decrease in the angle estimate variances. Typically, NR equipment carries a larger number of antennas.

(https://www.ericsson.com/en/blog/2020/12/5g-positioning--what-you-need-to-know).

Different positioning methods may require different measurements. 3GPP has standardized power, angular and time measurement support for the PRS. A beam sweep across a resource set of PRS is illustrated in Figure 4 below.



Illustration depicting beamforming, multi-antenna aspects in 5G positioning

(*Id.*).

Each beam can be seen as a resource. Measurements are collected across one or multiple resource and resource sets. Beamforming improves the signal to noise ratio (SNR) due to beamforming gain besides providing UE location information in terms of the angle of departure (AOD) based on the beam ID accessed by the UE, while a large number of antennas at the receiver in the uplink enables fine angle of arrival (AOA) measurements with NR. Many of these measurements are standardized to enable variety of positioning methods. Since 4G LTE, mobile networks have supported observed time difference of arrival (OTDOA), uplink time difference of arrival (UL-TDOA) and positioning methods based on power measurements. In 5G, the list of supported methods is extended to include round trip time (RTT) and angle-based positioning. The inclusion of new positioning methods and enhancements of existing positioning methods enables high accuracy positioning for several use cases in 5G.

(*Id.*).

To enable more accurate positioning measurements than LTE, new reference signals were added to the NR specifications. These signals are the positioning reference signal (NR PRS) in the downlink and the sounding reference signal (SRS) for positioning in the uplink. The downlink positioning reference signal (PRS) is the main reference signal supporting downlink-based positioning methods. Although other signals can be used, PRS is specifically designed to deliver the highest possible levels of accuracy, coverage, and interference avoidance and suppression. To design an efficient PRS, special care was taken to give the signal a large delay spread range, since it must be received from potentially distant neighboring base stations for position estimation. This is achieved by covering the whole NR bandwidth and transmitting PRS over multiple symbols that can be aggregated to accumulate power. The density of subcarrier occupied in a given PRS symbol is referred to as the comb size. There are several configurable comb-based PRS patterns for comb-2,4,6 and 12 suitable for different scenarios serving different use cases. The pattern shown in the figure corresponds to comb-6 with 3 base stations multiplexed over one slot duration. For comb-N PRS, N symbols can be combined to cover all the subcarriers in the frequency domain. Each base station can then transmit in different sets of subcarriers to avoid interference. Since several base stations can transmit at the same time without interfering with each other, this solution is also latency efficient. Moreover, it is possible to mute the PRS signal from one or more base stations at a given time according to a muting pattern, further lowering the potential interference. For use cases with higher transmission loss (for example, in macro cell deployments) the PRS can be also configured to be repeated to improve hearability.

(*Id.*).

An example PRS with three base stations is shown in Figure 3 (a) below.



(a) A PRS pattern

(*Id.*).

## 6.10.4    Positioning reference signals

Positioning reference signals shall only be transmitted in resource blocks in downlink subframes configured for positioning reference signal transmission. If both normal and MBSFN subframes are configured as positioning subframes within a cell, the OFDM symbols in a MBSFN subframe configured for positioning reference signal transmission shall use the same cyclic prefix as used for subframe #0. If only MBSFN subframes are configured as positioning subframes within a cell, the OFDM symbols configured for positioning reference signals in the MBSFN region of these subframes shall use extended cyclic prefix length. In a subframe configured for positioning reference signal transmission, the starting positions of the OFDM symbols configured for positioning reference signal transmission shall be identical to those in a subframe in which all OFDM symbols have the same cyclic prefix length as the OFDM symbols configured for positioning reference signal transmission.

Positioning reference signals are transmitted on antenna port 6.

The positioning reference signals shall not be mapped to resource elements $(k, l)$ allocated to the core part of the PBCH, PSS or SSS regardless of their antenna port $p$.

Positioning reference signals are defined for $\Delta f = 15\,\text{kHz}$ only.

## 6.10.4.1    Sequence generation

The reference-signal sequence $r_{l,n_s}(m)$ is defined by

$$r_{l,n_s}(m) = \frac{1}{\sqrt{2}}\left(1 - 2 \cdot c(2m)\right) + j\frac{1}{\sqrt{2}}\left(1 - 2 \cdot c(2m+1)\right), \quad m = 0,1,\ldots,2N_{RB}^{\max,DL} - 1$$

where $n_s$ is the slot number within a radio frame, $l$ is the OFDM symbol number within the slot. The pseudo-random sequence $c(i)$ is defined in clause 7.2. The pseudo-random sequence generator shall be initialised with

(https://www.etsi.org/deliver/etsi_ts/136200_136299/136211/14.02.00_60/ts_136211v140200p.pdf).

13.    The Accused Instrumentality practices estimating a plurality of line-of-sight (LOS) paths (e.g., a plurality of DL-PRS resources or beams received by the UE) and corresponding indexes of the PRSs (e.g., indexes, or IDs of the DL-PRS resources or beams) for time of arrival (TOA) and time difference of arrival (TDOA) measurements.  The UE receives positioning reference data from the base stations or TPs with multiple antenna arrays using beamforming (i.e., LOS paths), where each beam is a DL-PRS resource with a corresponding index or ID of the PRS. The UE also receives assistance data from Location Management Function (LMF), which includes DL-PRS configuration and DL-PRS Resource ID. From the multiple DL-PRS resources/beams

received at the UE from multiple base stations/TPs, the UE calculates time of Arrival (TOA). Further, the TOAs from several neighbor base stations/TPs are subtracted from the TOA of a reference base station/TP to form the Time Difference of Arrival (TDOA).

### 4.3.13   DL-TDOA positioning

The DL-TDOA positioning method makes use of the DL RSTD (and optionally DL-PRS-RSRP) of downlink signals received from multiple TPs, at the UE. The UE measures the DL RSTD (and optionally DL-PRS-RSRP) of the received signals using assistance data received from the positioning server, and the resulting measurements are used along with other configuration information to locate the UE in relation to the neighbouring TPs.

The operation of the DL-TDOA positioning method is described in clause 8.12.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138305/16.01.00_60/ts_138305v160100p.pdf).

**Table 8.12.2.1-1: Information that may be transferred from LMF to the UE**

| Information | UE-assisted | UE-based |
|---|---|---|
| Physical cell IDs (PCIs), global cell IDs (GCIs), and TRP IDs of candidate NR TRPs for measurement | Yes | Yes |
| Timing relative to the serving (reference) TRP of candidate NR TRPs | Yes | Yes |
| DL-PRS configuration of candidate NR TRPs | Yes | Yes |
| SSB information of the TRPs (the time/frequency occupancy of SSBs) | Yes | Yes |
| Spatial direction information (e.g. azimuth, elevation etc.) of the DL-PRS Resources of the TRPs served by the gNB | No | Yes |
| Geographical coordinates of the TRPs served by the gNB (include a transmission reference location for each DL-PRS Resource ID, reference location for the transmitting antenna of the reference TRP, relative locations for transmitting antennas of other TRPs) | No | Yes |
| Fine Timing relative to the serving (reference) TRP of candidate NR TRPs | No | Yes |

(*Id.*).

### 6.4.3     Common NR Positioning Information Elements

–         *DL-PRS-ID-Info*

The IE *DL-PRS-ID-Info* provides the IDs of the reference TRPs' DL-PRS Resources.

```
-- ASN1START

DL-PRS-ID-Info-r16 ::= SEQUENCE {
    dl-PRS-ID-r16                    INTEGER (0..255),
    nr-DL-PRS-ResourceID-List-r16    SEQUENCE (SIZE (1..nrMaxResourceIDs-r16)) OF
                                               NR-DL-PRS-ResourceID-r16            OPTIONAL,
    nr-DL-PRS-ResourceSetID-r16      NR-DL-PRS-ResourceSetID-r16                   OPTIONAL
}

-- ASN1STOP
```

| *DL-PRS-ID-Info* field descriptions |
|---|
| **nr-DL-PRS-ResourceID-List** |
| This field provides a list of DL-PRS Resource IDs under the same DL-PRS Resource Set. |

(https://www.etsi.org/deliver/etsi_ts/137300_137399/137355/16.02.00_60/ts_137355v160200p.pdf).

–         *NR-DL-PRS-BeamInfo*

The IE *NR-DL-PRS-BeamInfo* is used by the location server to provide spatial direction information of the DL-PRS Resources.

```
-- ASN1START

NR-DL-PRS-BeamInfo-r16 ::= SEQUENCE (SIZE (1..nrMaxFreqLayers-r16)) OF
                                               NR-DL-PRS-BeamInfoPerFreqLayer-r16

NR-DL-PRS-BeamInfoPerFreqLayer-r16 ::= SEQUENCE (SIZE (1..nrMaxTRPsPerFreq-r16)) OF
                                               NR-DL-PRS-BeamInfoPerTRP-r16

NR-DL-PRS-BeamInfoPerTRP-r16 ::= SEQUENCE {
    dl-PRS-ID-r16                    INTEGER (0..255),
    nr-PhysCellID-r16                NR-PhysCellID-r16           OPTIONAL,  -- Need ON
    nr-CellGlobalID-r16              NCGI-r15                    OPTIONAL,  -- Need ON
    nr-ARFCN-r16                     ARFCN-ValueNR-r15           OPTIONAL,  -- Cond NotSameAsRefServ
    associated-DL-PRS-ID-r16         INTEGER (0..255)            OPTIONAL,
    lcs-GCS-TranslationParameter-r16 LCS-GCS-TranslationParameter-r16
                                                                 OPTIONAL,  -- Need OP
    dl-PRS-BeamInfoSet-r16           DL-PRS-BeamInfoSet-r16      OPTIONAL,
    ...
}

DL-PRS-BeamInfoSet-r16 ::= SEQUENCE (SIZE(1..nrMaxSetsPerTrp-r16)) OF
```

| *dl-PRS-BeamInfoSet* |
|---|
| This field provides the DL-PRS beam information for each DL-PRS Resource of the DL-PRS Resource Set associated with this TRP. |

(*Id.*).

Different positioning methods may require different measurements. 3GPP has standardized power, angular and time measurement support for the PRS. A beam sweep across a resource set of PRS is illustrated in Figure 4 below.



Illustration depicting beamforming, multi-antenna aspects in 5G positioning

(https://www.ericsson.com/en/blog/2020/12/5g-positioning--what-you-need-to-know).

Observed Time Difference Of Arrival (OTDOA) is a mobile service downlink (DL) positioning method defined in 3GPP standards[2] . (See Reference [2], [3], and [4]). OTDOA uses multilateration in which the User Equipment (UE) measures the time of arrival (TOA) of signals received from multiple eNodeBs.[3]

The TOAs from several neighboring eNodeBs are subtracted from the TOA of a reference eNodeB to form the Observed Time Difference Of Arrival.  Geometrically, each TOA determines a hyperbola, and the point at which the hyperbolas intersect is the desired UE location.  At least three timing measurements from geographically dispersed eNodeBs with good geometry are needed to solve for two coordinates (latitude and longitude) of the UE. Performance is improved via incorporation of additional eNodeBs.

(https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/introduction-to-otdoa-highlights.pdf).

14.    The Accused Instrumentality practices estimating an elevation angle of the UE (e.g., elevation angle) based on the estimated LOS paths (e.g., DL-PRS resources/beams) of the PRS from the serving base station, wherein the UE estimates the elevation angle based on multiple LOS path measurements (e.g., multiple DL-PRS resource/beam measurements) that correspond to

the multiple OFDM symbols in one subframe. As discussed, the UE receives positioning reference data from the base station with multiple antenna array using beamforming (i.e., LOS paths), where each beam acts as a DL-PRS resource (i.e., LOS path of the PRS from the serving base station). The UE also receives spatial information, including azimuth and elevation angles of the DL-PRS resources/beams.

## 4.3.12     DL-AoD positioning

The DL-AoD positioning method makes use of the measured DL-PRS-RSRP of downlink signals received from multiple TPs, at the UE. The UE measures the DL-PRS-RSRP of the received signals using assistance data received from the positioning server, and the resulting measurements are used along with other configuration information to locate the UE in relation to the neighbouring TPs.

The operation of the DL-AoD positioning method is described in clause 8.11.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138305/16.01.00_60/ts_138305v160100p.pdf).

## 8.11     DL-AoD positioning

## 8.11.1     General

In the DL-AoD positioning method, the UE position is estimated based on DL-PRS-RSRP measurements taken at the UE of downlink radio signals from multiple NR TRPs, along with knowledge of the spatial information of the downlink radio signals and geographical coordinates of the TRPs.

The UE while connected to a gNB may require measurement gaps to perform the DL-AoD measurements from NR TRPs. The UE may request measurement gaps from a gNB using the procedure described in clause 7.4.1.1.

### 8.11.2.1     Information that may be transferred from the LMF to the UE

The information that may be transferred from the LMF to the UE are listed in table 8.11.2.1-1.

**Table 8.11.2.1-1: Information that may be transferred from LMF to the UE**

| Information | UE-assisted | UE-based |
|---|---|---|
| Physical cell IDs (PCIs), global cell IDs (GCIs), and TRP IDs of candidate NR TRPs for measurement | Yes | Yes |
| Timing relative to the serving (reference) TRP of candidate NR TRPs | Yes | Yes |
| DL-PRS configuration of candidate NR TRPs | Yes | Yes |
| SSB information of the TRPs (the time/frequency occupancy of SSBs) | Yes | Yes |
| Spatial direction information (e.g. azimuth, elevation etc.) of the DL-PRS Resources of the TRPs served by the gNB | No | Yes |
| Geographical coordinates of the TRPs served by the gNB (include a transmission reference location for each DL-PRS Resource ID, reference location for the transmitting antenna of the reference TRP, relative locations for transmitting antennas of other TRPs) | No | Yes |

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138305/16.01.00_60/ts_138305v160100p.pdf).

– **NR-DL-PRS-BeamInfo**

The IE *NR-DL-PRS-BeamInfo* is used by the location server to provide spatial direction information of the DL-PRS Resources.

```
                                                    DL-PRS-BeamInfoResourceSet-r16

DL-PRS-BeamInfoResourceSet-r16 ::= SEQUENCE (SIZE(1..nrMaxResourcesPerSet-r16)) OF
                                                    DL-PRS-BeamInfoElement-r16

DL-PRS-BeamInfoElement-r16 ::= SEQUENCE {
    dl-PRS-Azimuth-r16          INTEGER (0..359),
    dl-PRS-Azimuth-fine-r16     INTEGER (0..9)              OPTIONAL,   -- Need ON
    dl-PRS-Elevation-r16        INTEGER (0..180)            OPTIONAL,   -- Need ON
    dl-PRS-Elevation-fine-r16   INTEGER (0..9)              OPTIONAL,   -- Need ON
    ...
}

LCS-GCS-TranslationParameter-r16 ::= SEQUENCE {
    alpha-r16                   INTEGER (0..359),
    alpha-fine-r16              INTEGER (0..9)              OPTIONAL,   -- Cond AzElFine
    beta-r16                    INTEGER (0..359),
    beta-fine-r16               INTEGER (0..9)              OPTIONAL,   -- Cond AzElFine
    gamma-r16                   INTEGER (0..359),
    gamma-fine-r16              INTEGER (0..9)              OPTIONAL,   -- Cond AzElFine
    ...
}

-- ASN1STOP
```

| | |
|---|---|
| **dl-PRS-Elevation** | |
| This field specifies the elevation angle of the boresight direction in which the DL-PRS Resources associated with this DL-PRS Resource ID in the DL-PRS Resource Set are transmitted. | |
| For a Global Coordinate System (GCS), the elevation angle is measured relative to zenith and positive to the horizontal direction (elevation 0 deg. points to zenith, 90 deg to the horizon). | |
| For a Local Coordinate System (LCS), the elevation angle is measured relative to the z-axis of the LCS (elevation 0 deg. points to the z-axis, 90 deg to the x-y plane). | |
| Scale factor 1 degree; range 0 to 180 degrees. | |
| **dl-PRS-Elevation-fine** | |
| This field provides finer granularity for the *dl-PRS-Elevation*. | |
| The total elevation angle of the boresight direction is given by *dl-PRS-Elevation + dl-PRS-Elevation-fine*. | |
| Scale factor 0.1 degrees; range 0 to 0.9 degrees. | |

(https://www.etsi.org/deliver/etsi_ts/137300_137399/137355/16.02.00_60/ts_137355v160200p.pdf).

Different positioning methods may require different measurements. 3GPP has standardized power, angular and time measurement support for the PRS. A beam sweep across a resource set of PRS is illustrated in Figure 4 below.



Illustration depicting beamforming, multi-antenna aspects in 5G positioning

(https://www.ericsson.com/en/blog/2020/12/5g-positioning--what-you-need-to-know).

Each beam can be seen as a resource. Measurements are collected across one or multiple resource and resource sets. Beamforming improves the signal to noise ratio (SNR) due to beamforming gain besides providing UE location information in terms of the angle of departure (AOD) based on the beam ID accessed by the UE, while a large number of antennas at the receiver in the uplink enables fine angle of arrival (AOA) measurements with NR. Many of these measurements are standardized to enable variety of positioning methods. Since 4G LTE, mobile networks have supported observed time difference of arrival (OTDOA), uplink time difference of arrival (UL-TDOA) and positioning methods based on power measurements. In 5G, the list of supported methods is extended to include round trip time (RTT) and angle-based positioning. The inclusion of new positioning methods and enhancements of existing positioning methods enables high accuracy positioning for several use cases in 5G.

(*Id.*).

### 6.10.4    Positioning reference signals

Positioning reference signals shall only be transmitted in resource blocks in downlink subframes configured for positioning reference signal transmission. If both normal and MBSFN subframes are configured as positioning subframes within a cell, the OFDM symbols in a MBSFN subframe configured for positioning reference signal transmission shall use the same cyclic prefix as used for subframe #0. If only MBSFN subframes are configured as positioning subframes within a cell, the OFDM symbols configured for positioning reference signals in the MBSFN region of these subframes shall use extended cyclic prefix length. In a subframe configured for positioning reference signal transmission, the starting positions of the OFDM symbols configured for positioning reference signal transmission shall be identical to those in a subframe in which all OFDM symbols have the same cyclic prefix length as the OFDM symbols configured for positioning reference signal transmission.

Positioning reference signals are transmitted on antenna port 6.

The positioning reference signals shall not be mapped to resource elements $(k,l)$ allocated to the core part of the PBCH, PSS or SSS regardless of their antenna port $p$.

Positioning reference signals are defined for $\Delta f = 15\,\text{kHz}$ only.

### 6.10.4.1    Sequence generation

The reference-signal sequence $r_{l,n_s}(m)$ is defined by

$$r_{l,n_s}(m) = \frac{1}{\sqrt{2}}\left(1 - 2 \cdot c(2m)\right) + j\frac{1}{\sqrt{2}}\left(1 - 2 \cdot c(2m+1)\right), \quad m = 0,1,...,2N_{\text{RB}}^{\text{max,DL}} - 1$$

where $n_s$ is the slot number within a radio frame, $l$ is the OFDM symbol number within the slot. The pseudo-random sequence $c(i)$ is defined in clause 7.2. The pseudo-random sequence generator shall be initialised with

(https://www.etsi.org/deliver/etsi_ts/136200_136299/136211/14.02.00_60/ts_136211v140200p.pdf).

15.    The Accused Instrumentality practices determining whether the UE knows the plurality of base station positions (e.g., locations of the base stations/TPs). Along with the DL-PRS signals from which the time difference of arrival (TDOA) measurements and the angle of departure (AoD) measurements are made, UE may also receive the knowledge of the geographical coordinates (i.e., positions) of the measured transmission points (TPs)/base stations for UE position estimation. The geographical coordinates of the base stations/TPs can be received from the Location Management Function (LMF).

### 4.3.13  DL-TDOA positioning

The DL-TDOA positioning method makes use of the DL RSTD (and optionally DL-PRS-RSRP) of downlink signals received from multiple TPs, at the UE. The UE measures the DL RSTD (and optionally DL-PRS-RSRP) of the received signals using assistance data received from the positioning server, and the resulting measurements are used along with other configuration information to locate the UE in relation to the neighbouring TPs.

The operation of the DL-TDOA positioning method is described in clause 8.12.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138305/16.01.00_60/ts_138305v160100p.pdf).

**Table 8.12.2.1-1: Information that may be transferred from LMF to the UE**

| Information | UE-assisted | UE-based |
|---|---|---|
| Physical cell IDs (PCIs), global cell IDs (GCIs), and TRP IDs of candidate NR TRPs for measurement | Yes | Yes |
| Timing relative to the serving (reference) TRP of candidate NR TRPs | Yes | Yes |
| DL-PRS configuration of candidate NR TRPs | Yes | Yes |
| SSB information of the TRPs (the time/frequency occupancy of SSBs) | Yes | Yes |
| Spatial direction information (e.g. azimuth, elevation etc.) of the DL-PRS Resources of the TRPs served by the gNB | No | Yes |
| Geographical coordinates of the TRPs served by the gNB (include a transmission reference location for each DL-PRS Resource ID, reference location for the transmitting antenna of the reference TRP, relative locations for transmitting antennas of other TRPs) | No | Yes |
| Fine Timing relative to the serving (reference) TRP of candidate NR TRPs | No | Yes |

(*Id.*).

### 4.3.12  DL-AoD positioning

The DL-AoD positioning method makes use of the measured DL-PRS-RSRP of downlink signals received from multiple TPs, at the UE. The UE measures the DL-PRS-RSRP of the received signals using assistance data received from the positioning server, and the resulting measurements are used along with other configuration information to locate the UE in relation to the neighbouring TPs.

The operation of the DL-AoD positioning method is described in clause 8.11.

(*Id.*).

#### 8.11.2.1    Information that may be transferred from the LMF to UE

The information that may be transferred from the LMF to the UE are listed in table 8.11.2.1-1.

**Table 8.11.2.1-1: Information that may be transferred from LMF to the UE**

| Information | UE-assisted | UE-based |
|---|---|---|
| Physical cell IDs (PCIs), global cell IDs (GCIs), and TRP IDs of candidate NR TRPs for measurement | Yes | Yes |
| Timing relative to the serving (reference) TRP of candidate NR TRPs | Yes | Yes |
| DL-PRS configuration of candidate NR TRPs | Yes | Yes |
| SSB information of the TRPs (the time/frequency occupancy of SSBs) | Yes | Yes |
| Spatial direction information (e.g. azimuth, elevation etc.) of the DL-PRS Resources of the TRPs served by the gNB | No | Yes |
| Geographical coordinates of the TRPs served by the gNB (include a transmission reference location for each DL-PRS Resource ID, reference location for the transmitting antenna of the reference TRP, relative locations for transmitting antennas of other TRPs) | No | Yes |

(*Id.*).

16.    The Accused Instrumentality practices calculating a UE position based on the TOA/TDOA measurements (e.g., DL-TDOA positioning method) and the elevation angle (e.g., DL-AOD positioning method) when the UE knows the plurality of base stations positions.  When the UE acquires the geographical coordinates of the measured transmission points (TPs)/base stations, UE position is estimated based on the DL-TDOA positioning method (i.e., TOA/TDOA measurements) and DL-AOD positioning method (i.e., elevation angle measurement).

#### 4.3.12    DL-AoD positioning

The DL-AoD positioning method makes use of the measured DL-PRS-RSRP of downlink signals received from multiple TPs, at the UE. The UE measures the DL-PRS-RSRP of the received signals using assistance data received from the positioning server, and the resulting measurements are used along with other configuration information to locate the UE in relation to the neighbouring TPs.

The operation of the DL-AoD positioning method is described in clause 8.11.

#### 4.3.13    DL-TDOA positioning

The DL-TDOA positioning method makes use of the measured DL RSTD (and optionally DL-PRS-RSRP) of downlink signals received from multiple TPs, at the UE. The UE measures the DL RSTD (and optionally DL-PRS-RSRP) of the received signals using assistance data received from the positioning server, and the resulting measurements are used along with other configuration information to locate the UE in relation to the neighbouring TPs.

The operation of the DL-TDOA positioning method is described in clause 8.12.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138305/16.01.00_60/ts_138305v160100p.pdf).

### 8.11.2.1    Information that may be transferred from the LMF to UE

The information that may be transferred from the LMF to the UE are listed in table 8.11.2.1-1.

**Table 8.11.2.1-1: Information that may be transferred from LMF to the UE**

| Information | UE-assisted | UE-based |
|---|---|---|
| Physical cell IDs (PCIs), global cell IDs (GCIs), and TRP IDs of candidate NR TRPs for measurement | Yes | Yes |
| Timing relative to the serving (reference) TRP of candidate NR TRPs | Yes | Yes |
| DL-PRS configuration of candidate NR TRPs | Yes | Yes |
| SSB information of the TRPs (the time/frequency occupancy of SSBs) | Yes | Yes |
| Spatial direction information (e.g. azimuth, elevation etc.) of the DL-PRS Resources of the TRPs served by the gNB | No | Yes |
| Geographical coordinates of the TRPs served by the gNB (include a transmission reference location for each DL-PRS Resource ID, reference location for the transmitting antenna of the reference TRP, relative locations for transmitting antennas of other TRPs) | No | Yes |

**Table 8.12.2.1-1: Information that may be transferred from LMF to the UE**

| Information | UE-assisted | UE-based |
|---|---|---|
| Physical cell IDs (PCIs), global cell IDs (GCIs), and TRP IDs of candidate NR TRPs for measurement | Yes | Yes |
| Timing relative to the serving (reference) TRP of candidate NR TRPs | Yes | Yes |
| DL-PRS configuration of candidate NR TRPs | Yes | Yes |
| SSB information of the TRPs (the time/frequency occupancy of SSBs) | Yes | Yes |
| Spatial direction information (e.g. azimuth, elevation etc.) of the DL-PRS Resources of the TRPs served by the gNB | No | Yes |
| Geographical coordinates of the TRPs served by the gNB (include a transmission reference location for each DL-PRS Resource ID, reference location for the transmitting antenna of the reference TRP, relative locations for transmitting antennas of other TRPs) | No | Yes |
| Fine Timing relative to the serving (reference) TRP of candidate NR TRPs | No | Yes |

(*Id.*).

Each beam can be seen as a resource. Measurements are collected across one or multiple resource and resource sets. Beamforming improves the signal to noise ratio (SNR) due to beamforming gain besides providing UE location information in terms of the angle of departure (AOD) based on the beam ID accessed by the UE, while a large number of antennas at the receiver in the uplink enables fine angle of arrival (AOA) measurements with NR. Many of these measurements are standardized to enable variety of positioning methods. Since 4G LTE, mobile networks have supported observed time difference of arrival (OTDOA), uplink time difference of arrival (UL-TDOA) and positioning methods based on power measurements. In 5G, the list of supported methods is extended to include round trip time (RTT) and angle-based positioning. The inclusion of new positioning methods and enhancements of existing positioning methods enables high accuracy positioning for several use cases in 5G.

(https://www.ericsson.com/en/blog/2020/12/5g-positioning--what-you-need-to-know).

17.    **Indirect Infringement.**  Upon information and belief, Defendant has been and now is actively induced infringement and continues to induce infringement of claim 1 of the '797 Patent in Texas, and elsewhere in the United States, by providing products including the FortiExtender 5G/LTE Gateway 511G, 511G-Wifi, and 511F ("Accused Instrumentality") that comply with the 5G standard for performing actions comprising using or performing the claimed method that comply with the 5G standard. (*Supra* ¶¶12-17).  At least as of the filing of this lawsuit and service of the Complaint, Defendant has had knowledge of the '797 Patent, knowledge that the Accused Instrumentality is necessarily used in a way that complies with the 5G standard and infringes claim 1 of the '797 Patent (as explained above), knowledge that the use of the Accused Instrumentalities by its customers in a 5G network constituted direct patent infringement, as explained above. Despite this knowledge of infringement of claim 1 of the '797 patent, Defendant continued to encourage and induce its customers to use the Accused Instrumentality in a 5G network by providing the Accused Instrumentality to its customers for use in a manner that infringed claim 1 of the '797 patent, providing manuals describing the operation of the Accused Instrumentality, and providing instructions for how to use the Accused Instrumentality in a 5G network in the manner described above.  (*Supra* ¶¶12-17).  Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing the Accused Instrumentality to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 1 of the '797 patent.  Specifically, Defendant provides the Accused Instrumentality knowing that it is necessarily used in a 5G network which performs a method that infringes claim 1 of the '797 patent.

18.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates

Plaintiff for such Defendant's infringement of the '797 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. §284.

## IV.  COUNT II
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 9,794,839)

19.     Plaintiff incorporates the above paragraphs herein by reference.

20.     On October 17, 2017, the USPTO duly and legally issued U.S. Patent No. 9,794,839 ("the '839 Patent"), entitled "Mechanism for Radio Link Monitoring and Radio Link Failure Handling in Small Cell Networks." A true and correct copy of the '839 Patent is attached hereto as Exhibit 3.

21.     Intellectros is the assignee of all right, title, and interest in the '839 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '839 Patent.  Accordingly, Intellectros possesses the exclusive right and standing to prosecute the present action for infringement of the '839 Patent by Defendant.

22.     **Direct Infringement.**  Upon information and belief, Defendant directly infringed and infringes claim 1 of the '839 Patent in Texas, and elsewhere in the United States, by performing actions comprising using or performing the claimed method that comply with the 5G standard with products including FortiExtender 5G/LTE Gateway 511G, 511G-Wifi, and 511F ("Accused Instrumentality").

23.     The Accused Instrumentality, compliant with the 5G standard, practices establishing a RRC connection by user equipment with an anchor base station in a communications network.

# FortiExtender 5G/LTE Gateways



([https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf](https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf)).



([https://www.fortinet.com/products/wireless-wan-fortiextender](https://www.fortinet.com/products/wireless-wan-fortiextender)).

## Features



### Superior Management, Security, and Control

FortiExtender is a plug-and-play device. Once connected to a FortiGate, either directly or remotely over VxLAN, FortiExtender appears as a regular network interface in FortiOS management. IT administrators can manage the connection and implement advanced protection from FortiGuard, just like any other FortiGate interface.

### Flexible Deployment for Optimal Signal Strength

FortiExtender devices removed the need for lengthy, expensive, and lossy antenna cables. FortiExtender utilizes Power over Ethernet (PoE) so you can run a high-quality Ethernet cable up to 100 meters away from the FortiGate or network switch where there is optimal 5G/LTE signal. Certain FortiExtender models also support SFP ports, so that you can deploy the device over 100 meters away from the FortiGate or network switch.

### 5G/LTE Wireless WAN



FortiExtender supports dual-SIM and dual-modem options, enabling up to four different ISPs for ultra-reliable connectivity. Dual-SIM models enable active/passive cellular for failover based on data plan, disconnects, signal strength, and link health, allowing you to balance connectivity quality and cost. Dual-Modem provides active/active cellular links for high-availability, traffic isolation, and load-balancing use cases. Failover configuration options for Dual-SIM FortiExtender include.

([https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf](https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf)).



|  | FEX-311F | FEX-511F |
|---|---|---|
| **Regional Compatibility** | | |
|  | Global Carriers | Global Carriers |
| **Internal Modem Specifications** | | |
| Modem Model | Quectel EM160R-GL | Quectel RM502Q-AE |
| 5G NR SA and NSA ** | — | 5G Sub-6<br>Bands:<br>n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n48, n66, n71, n77, n78, n79 |
| 4G: LTE ** | CAT-16<br>FDD Bands:<br>1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66<br>TDD Bands:<br>38, 39, 40, 41, 42, 46 (LAA), 48 (CBRS) | CAT-20<br>FDD Bands:<br>1, 2, 3, 4, 5, 7, 8, 12(17), 13, 14, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71<br>TDD Bands:<br>34, 38, 39, 40, 41, 42, 43, 48 |
| 3G: UMTS/HSPA+ ** | Bands: 1, 2, 3, 4, 5, 6, 8, 19 | Bands: 1, 2, 3, 4, 5, 6, 8, 19 |
| 3G: WCDMA ** | Bands: 1, 2, 3, 4, 5, 6, 8, 19 | Bands: 1, 2, 3, 4, 5, 6, 8, 19 |
| Additional Ports | MIMO1, MIMO2 | MIMO1, MIMO2 |
| Connector Type | 4x SMA<br>(MAIN, MIMO1, MIMO2, Diversity/GPS) | 4x SMA<br>(MAIN, MIMO1, MIMO2, Diversity/GPS) |
| Module Certifications | GCF, CE, PTCRB, FCC, IC, Anatel, IFETEL, SRRC/NAL/CCC, NCC, KC, JATE/TELEC, RCM, ICASA | GCF, CE, PTCRB, FCC, IC, JATE/TELEC, RCM |
| Diversity | ⊘ | ⊘ |
| MIMO | ⊘ | ⊘ |
| GNSS Bias | ⊘ | ⊘ |

([https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf](https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf)).

### 5.3.3     RRC connection establishment

5.3.3.1     General



**Figure 5.3.3.1-1: RRC connection establishment, successful**



**Figure 5.3.3.1-2: RRC connection establishment, network reject**

The purpose of this procedure is to establish an RRC connection. RRC connection establishment involves SRB1 establishment. The procedure is also used to transfer the initial NAS dedicated information/ message from the UE to the network.

The network applies the procedure e.g.as follows:

- When establishing an RRC connection;

- When UE is resuming or re-establishing an RRC connection, and the network is not able to retrieve or verify the UE context. In this case, UE receives *RRCSetup* and responds with *RRCSetupComplete*.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.01.00_60/ts_138331v160100p.p df).

- **RRC_CONNECTED:**

- The UE stores the AS context;

- Transfer of unicast data to/from UE;

- At lower layers, the UE may be configured with a UE specific DRX;

- For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;

- For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;

(*Id.*).

24.     The Accused Instrumentality practices configuring a first cell group (e.g., Master Cell Group (MCG) containing one or multiple serving cells served by the anchor eNB (e.g., master node), wherein the first cell group (e.g., Master Cell Group (MCG)) contains at least a primary

serving cell (PCELL) (e.g., PCELL of Master Cell Group MCG), wherein the UE (e.g., a client device) associates a first MAC entity (e.g., a first MAC entity for MCG) with the anchor eNB (e.g., master node) in handling scheduling from the anchor eNB. In Dual Connectivity (DC) mode, the network configures a 5G UE device with two cell groups – a master cell group and a secondary cell group. The master Cell Group is associated with a master node MN. The master Cell Group comprises at least a primary cell, i.e., PCell. The network sends the master cell group configuration information in an RRCSetup message or a RRCReconfiguration message to the UE. UE performs the master cell group configuration according to the message and then transmits a Complete message back to the network.

## 4.5    Multi-Radio Dual Connectivity

NG-RAN supports Multi-Radio Dual Connectivity (MR-DC) operation whereby a UE in RRC_CONNECTED is configured to utilise radio resources provided by two distinct schedulers, located in two different NG-RAN nodes connected via a non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. Further details of MR-DC operation, including Conditional PSCell Change (CPC), can be found in TS 37.340 [21].

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf).

The different DC options available since Rel-15 are collectively referred to as Multi-Radio Dual Connectivity (MR-DC), and can be one of these (see Figure 1):

- EN-DC: the MN is an LTE, or E-UTRA, node and the SN is an NR node. The UE is connected to the 4G Evolved Packet Core (EPC). This option was introduced in the early drop of Rel-15 as a first step towards 5G deployments.

- NGEN-DC: same as EN-DC, but the UE is connected to the 5G Core (5GC)

- NE-DC: the MN is an NR node and the SN is a E-UTRA node. The UE is connected to 5GC

- NR-DC: both the MN and the SN are NR nodes and the UE is connected to the 5GC

(https://www.ericsson.com/en/blog/2020/9/fast-recovery-from-radio-link-failure#:~:text=The%20fast%20MCG%20link%20recovery,interruption%20time%20of%2030%20%2D70ms).

### 4.1.1    Common MR-DC principles

Multi-Radio Dual Connectivity (MR-DC) is a generalization of the Intra-E-UTRA Dual Connectivity (DC) described in TS 36.300 [2], where a multiple Rx/Tx capable UE may be configured to utilise resources provided by two different nodes connected via non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. One node acts as the MN and the other as the SN. The MN and SN are connected via a network interface and at least the MN is connected to the core network.

The MN and/or the SN can be operated with shared spectrum channel access.

All functions specified for a UE may be used for an IAB-MT unless otherwise stated. Similar as specified for UE, the IAB-MT can access the network using either one network node or using two different nodes with EN-DC and NR-DC architectures. In EN-DC, the backhauling traffic over the E-UTRA radio interface is not supported.

(https://www.etsi.org/deliver/etsi_ts/137300_137399/137340/16.02.00_60/ts_137340v160200p.p

df).

#### 4.3.1.1    Common MR-DC principles

In MR-DC, there is an interface between the MN and the SN for control plane signalling and coordination. For each MR-DC UE, there is also one control plane connection between the MN and a corresponding CN entity. The MN and the SN involved in MR-DC for a certain UE control their radio resources and are primarily responsible for allocating radio resources of their cells.

Figure 4.3.1.1-1 shows C-plane connectivity of MN and SN involved in MR-DC for a certain UE.



**Figure 4.3.1.1-1: C-Plane connectivity for EN-DC (left) and MR-DC with 5GC (right).**

(*Id.*).

**Master Cell Group**: in MR-DC, a group of serving cells associated with the Master Node, comprising of the SpCell (PCell) and optionally one or more SCells.

**Master node**: in MR-DC, the radio access node that provides the control plane connection to the core network. It may be a Master eNB (in EN-DC), a Master ng-eNB (in NGEN-DC) or a Master gNB (in NR-DC and NE-DC).

(*Id.*).

### 5.3.3    RRC connection establishment

5.3.3.1    General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

### 5.3.3.4    Reception of the *RRCSetup* by the UE

The UE shall perform the following actions upon reception of the *RRCSetup*:

1> if the *RRCSetup* is received in response to an *RRCReestablishmentRequest*; or

1> if the *RRCSetup* is received in response to an *RRCResumeRequest* or *RRCResumeRequest1*:

2> discard any stored UE Inactive AS context and *suspendConfig*;

2> discard any current AS security context including the $K_{RRCenc}$ key, the $K_{RRCint}$ key, the $K_{UPint}$ key and the $K_{UPenc}$ key;

2> release radio resources for all established RBs except SRB0, including release of the RLC entities, of the associated PDCP entities and of SDAP;

2> release the RRC configuration except for the default L1 parameter values, default MAC Cell Group configuration and CCCH configuration;

2> indicate to upper layers fallback of the RRC connection;

2> stop timer T380, if running;

1> perform the cell group configuration procedure in accordance with the received *masterCellGroup* and as specified in 5.3.5.5;

1> perform the radio bearer configuration procedure in accordance with the received *radioBearerConfig* and as specified in 5.3.5.6;

1> if stored, discard the cell reselection priority information provided by the *cellReselectionPriorities* or inherited from another RAT;

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.01.00_60/ts_138331v160100p.pdf).

## 5.3.5    RRC reconfiguration

### 5.3.5.1    General



**Figure 5.3.5.1-1: RRC reconfiguration, successful**

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.01.00_60/ts_138331v160100p.pdf).

### 5.3.5.3    Reception of an *RRCReconfiguration* by the UE

The UE shall perform the following actions upon reception of the *RRCReconfiguration*, or upon execution of the conditional reconfiguration (CHO or CPC):

1> if the *RRCReconfiguration* includes the *masterCellGroup*:

    2> perform the cell group configuration for the received *masterCellGroup* according to 5.3.5.5;

1> if the *RRCReconfiguration* includes the *masterKeyUpdate*:

    2> perform AS security key update procedure as specified in 5.3.5.7;

1> if the *RRCReconfiguration* includes the *sk-Counter*:

    2> perform security key update procedure as specified in 5.3.5.7;

1> if the *RRCReconfiguration* includes the *secondaryCellGroup*:

    2> perform the cell group configuration for the SCG according to 5.3.5.5;

1> if the *RRCReconfiguration* includes the *mrdc-SecondaryCellGroupConfig*:

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.01.00_60/ts_138331v160100p.pdf).

## 6.8    Dual Connectivity

When the UE is configured with SCG, the UE is configured with two MAC entities: one MAC entity for the MCG and one MAC entity for the SCG. Further details of DC operation can be found in TS 37.340 [21].

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.p

df).

In MR-DC, the UE is configured with two MAC entities: one MAC entity for the MCG and one MAC entity for the SCG. The serving cells of the MCG other than the PCell can only be activated/deactivated by the MAC Control Element received on MCG, and the serving cells of the SCG other than PSCell can only be activated/ deactivated by the MAC Control Element received on SCG. The MAC entity applies the bitmap for the associated cells of either MCG or SCG. PSCell in SCG is always activated like the PCell (i.e. deactivation timer is not applied to PSCell). With the exception of PUCCH SCell, one deactivation timer is configured per SCell by RRC.

In MR-DC, semi-persistent scheduling (SPS) resources and configured grant (CG) resources can be configured on serving cells in both MCG and SCG.

In MR-DC, contention based random access (CBRA) procedure is supported on both PCell and PSCell while contention free random access (CFRA) procedure is supported on all serving cells in both MCG and SCG.

In MR-DC, the BSR configuration, triggering and reporting are independently performed per cell group. For split bearers, the PDCP data is considered in BSR in the cell group(s) configured by RRC.

In MR-DC, separate DRX configurations are provided for MCG and SCG.

(https://www.etsi.org/deliver/etsi_ts/137300_137399/137340/16.02.00_60/ts_137340v160200p.p

df).



**Figure 4.2.2-4: Network side protocol termination options for MCG, SCG and split bearers in MR-DC with 5GC (NGEN-DC, NE-DC and NR-DC).**

(https://www.etsi.org/deliver/etsi_ts/137300_137399/137340/16.02.00_60/ts_137340v160200p.p

df).



**Figure 6.1-1: Downlink Layer 2 Structure**

(*Id.*).

25.    The Accused Instrumentality practices configuring a second cell group (e.g., Secondary Cell Group (SCG)) containing one or multiple secondary serving cells (SCELLS) (e.g., Secondary Serving Cells from Secondary Cell Group) served by a drift base station (eNB) (e.g., secondary node (SN)), wherein the UE (e.g., a client device) associates a second MAC entity with the drift eNB (e.g., a second MAC entity for secondary node) in handling scheduling (e.g., unicast scheduling, etc.) from the drift eNB (e.g., secondary node). In Dual Connectivity (DC) mode, the network configures a 5G UE device with two cell groups – a master cell group and a secondary

cell group. The secondary Cell Group is associated with a secondary node. The secondary Cell Group comprises at least one primary cell, i.e., PSCell. The network sends the secondary cell group configuration information in a RRCReconfiguration message to the UE. UE performs the secndary cell group configuration according to the message and then transmits a Complete message back to the network.

### 4.5    Multi-Radio Dual Connectivity

NG-RAN supports Multi-Radio Dual Connectivity (MR-DC) operation whereby a UE in RRC_CONNECTED is configured to utilise radio resources provided by two distinct schedulers, located in two different NG-RAN nodes connected via a non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. Further details of MR-DC operation, including Conditional PSCell Change (CPC), can be found in TS 37.340 [21].

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf).

The different DC options available since Rel-15 are collectively referred to as Multi-Radio Dual Connectivity (MR-DC), and can be one of these (see Figure 1):

- EN-DC: the MN is an LTE, or E-UTRA, node and the SN is an NR node. The UE is connected to the 4G Evolved Packet Core (EPC). This option was introduced in the early drop of Rel-15 as a first step towards 5G deployments.

- NGEN-DC: same as EN-DC, but the UE is connected to the 5G Core (5GC)

- NE-DC: the MN is an NR node and the SN is a E-UTRA node. The UE is connected to 5GC

- NR-DC: both the MN and the SN are NR nodes and the UE is connected to the 5GC

(https://www.ericsson.com/en/blog/2020/9/fast-recovery-from-radio-link-failure#:~:text=The%20fast%20MCG%20link%20recovery,interruption%20time%20of%2030%20%20%2D70ms).

### 4.1.1    Common MR-DC principles

Multi-Radio Dual Connectivity (MR-DC) is a generalization of the Intra-E-UTRA Dual Connectivity (DC) described in TS 36.300 [2], where a multiple Rx/Tx capable UE may be configured to utilise resources provided by two different nodes connected via non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. One node acts as the MN and the other as the SN. The MN and SN are connected via a network interface and at least the MN is connected to the core network.

The MN and/or the SN can be operated with shared spectrum channel access.

All functions specified for a UE may be used for an IAB-MT unless otherwise stated. Similar as specified for UE, the IAB-MT can access the network using either one network node or using two different nodes with EN-DC and NR-DC architectures. In EN-DC, the backhauling traffic over the E-UTRA radio interface is not supported.

(https://www.etsi.org/deliver/etsi_ts/137300_137399/137340/16.02.00_60/ts_137340v160200p.p

df).

### 4.1.1    Common MR-DC principles

Multi-Radio Dual Connectivity (MR-DC) is a generalization of the Intra-E-UTRA Dual Connectivity (DC) described in TS 36.300 [2], where a multiple Rx/Tx capable UE may be configured to utilise resources provided by two different nodes connected via non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. One node acts as the MN and the other as the SN. The MN and SN are connected via a network interface and at least the MN is connected to the core network.

The MN and/or the SN can be operated with shared spectrum channel access.

All functions specified for a UE may be used for an IAB-MT unless otherwise stated. Similar as specified for UE, the IAB-MT can access the network using either one network node or using two different nodes with EN-DC and NR-DC architectures. In EN-DC, the backhauling traffic over the E-UTRA radio interface is not supported.

(*Id.*).

#### 4.3.1.1    Common MR-DC principles

In MR-DC, there is an interface between the MN and the SN for control plane signalling and coordination. For each MR-DC UE, there is also one control plane connection between the MN and a corresponding CN entity. The MN and the SN involved in MR-DC for a certain UE control their radio resources and are primarily responsible for allocating radio resources of their cells.

Figure 4.3.1.1-1 shows C-plane connectivity of MN and SN involved in MR-DC for a certain UE.



**Figure 4.3.1.1-1: C-Plane connectivity for EN-DC (left) and MR-DC with 5GC (right).**

(*Id.*).

### 5.3.5    RRC reconfiguration

#### 5.3.5.1    General



**Figure 5.3.5.1-1: RRC reconfiguration, successful**

(*Id.*).

#### 5.3.5.3    Reception of an *RRCReconfiguration* by the UE

The UE shall perform the following actions upon reception of the *RRCReconfiguration,* or upon execution of the conditional reconfiguration (CHO or CPC):

1> if the *RRCReconfiguration* includes the *masterCellGroup*:

   2> perform the cell group configuration for the received *masterCellGroup* according to 5.3.5.5;

1> if the *RRCReconfiguration* includes the *masterKeyUpdate*:

   2> perform AS security key update procedure as specified in 5.3.5.7;

1> if the *RRCReconfiguration* includes the *sk-Counter*:

   2> perform security key update procedure as specified in 5.3.5.7;

1> if the *RRCReconfiguration* includes the *secondaryCellGroup*:

   2> perform the cell group configuration for the SCG according to 5.3.5.5;

1> if the *RRCReconfiguration* includes the *mrdc-SecondaryCellGroupConfig*:

(*Id.*).

---

## 6.8    Dual Connectivity

When the UE is configured with SCG, the UE is configured with two MAC entities: one MAC entity for the MCG and one MAC entity for the SCG. Further details of DC operation can be found in TS 37.340 [21].

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf).

In MR-DC, the UE is configured with two MAC entities: one MAC entity for the MCG and one MAC entity for the SCG. The serving cells of the MCG other than the PCell can only be activated/deactivated by the MAC Control Element received on MCG, and the serving cells of the SCG other than PSCell can only be activated/ deactivated by the MAC Control Element received on SCG. The MAC entity applies the bitmap for the associated cells of either MCG or SCG. PSCell in SCG is always activated like the PCell (i.e. deactivation timer is not applied to PSCell). With the exception of PUCCH SCell, one deactivation timer is configured per SCell by RRC.

In MR-DC, semi-persistent scheduling (SPS) resources and configured grant (CG) resources can be configured on serving cells in both MCG and SCG.

In MR-DC, contention based random access (CBRA) procedure is supported on both PCell and PSCell while contention free random access (CFRA) procedure is supported on all serving cells in both MCG and SCG.

In MR-DC, the BSR configuration, triggering and reporting are independently performed per cell group. For split bearers, the PDCP data is considered in BSR in the cell group(s) configured by RRC.

In MR-DC, separate DRX configurations are provided for MCG and SCG.

(https://www.etsi.org/deliver/etsi_ts/137300_137399/137340/16.02.00_60/ts_137340v160200p.pdf).

**PSCell**: SpCell of a secondary cell group.

**RLC bearer:** RLC and MAC logical channel configuration of a radio bearer in one cell group.

**Secondary Cell Group**: in MR-DC, a group of serving cells associated with the Secondary Node, comprising of the SpCell (PSCell) and optionally one or more SCells.

**Secondary node**: in MR-DC, the radio access node, with no control plane connection to the core network, providing additional resources to the UE. It may be an en-gNB (in EN-DC), a Secondary ng-eNB (in NE-DC) or a Secondary gNB (in NR-DC and NGEN-DC).

(*Id.*).

In MR-DC, the UE is configured with two MAC entities: one MAC entity for the MCG and one MAC entity for the SCG. The serving cells of the MCG other than the PCell can only be activated/deactivated by the MAC Control Element received on MCG, and the serving cells of the SCG other than PSCell can only be activated/ deactivated by the MAC Control Element received on SCG. The MAC entity applies the bitmap for the associated cells of either MCG or SCG. PSCell in SCG is always activated like the PCell (i.e. deactivation timer is not applied to PSCell). With the exception of PUCCH SCell, one deactivation timer is configured per SCell by RRC.

In MR-DC, semi-persistent scheduling (SPS) resources and configured grant (CG) resources can be configured on serving cells in both MCG and SCG.

In MR-DC, contention based random access (CBRA) procedure is supported on both PCell and PSCell while contention free random access (CFRA) procedure is supported on all serving cells in both MCG and SCG.

In MR-DC, the BSR configuration, triggering and reporting are independently performed per cell group. For split bearers, the PDCP data is considered in BSR in the cell group(s) configured by RRC.

In MR-DC, separate DRX configurations are provided for MCG and SCG.

(*Id.*).



**Figure 4.2.2-4: Network side protocol termination options for MCG, SCG and split bearers in MR-DC with 5GC (NGEN-DC, NE-DC and NR-DC).**

(*Id.*).



**Figure 6.1-1: Downlink Layer 2 Structure**

(*Id.*).

26.     The Accused Instrumentality practices performing radio link monitoring (RLM) and radio link failure (RLF) procedure over the PCELL (e.g., PCell from Master Cell Group (MCG)) and at least one SCELL from the second cell group (e.g., a serving call from the Secondary Cell Group)), wherein the UE (e.g., a client device) detects an RLF event (e.g., radio link failure) on the PCELL (e.g., detecting RLF event on PCell from Master Cell Group (MCG)) and de-associating the first MAC entity (e.g., releasing the first MAC entity for master node) with the anchor eNB (e.g., master node MN), and wherein the UE (e.g., a client device) also sends an RLF

indication to the drift eNB (e.g., secondary node SN)). The 5G standard discloses that on detection of radio link failure (RLF) over MCG, a UE suspends MCG transmission, reset MAC for MCG and releases the source connection (e.g., de-associating MCG MAC). Further, UE also sends the MCG RLF indication to the secondary node.

## 7.7     SCG/MCG failure handling

RLF is declared separately for the MCG and for the SCG.

If radio link failure is detected for MCG, and fast MCG link recovery is configured, the UE triggers fast MCG link recovery. Otherwise, the UE initiates the RRC connection re-establishment procedure. During the execution of CPC, if radio link failure is detected for MCG, the UE initiates the RRC connection re-establishment procedure.

During fast MCG link recovery, the UE suspends MCG transmissions for all radio bearers and reports the failure with *MCG Failure Information* message to the MN via the SCG, using the SCG leg of split SRB1 or SRB3.

The UE includes in the *MCG Failure Information* message the measurement results available according to current measurement configuration of both the MN and the SN. Once the fast MCG link recovery is triggered, the UE maintains the current measurement configurations from both the MN and the SN, and continues measurements based on configuration from the MN and the SN, if possible. The UE initiates the RRC connection re-establishment procedure if it does not receive an *RRC reconfiguration* message, *MobilityFromNRCommand* message, *MobilityFromEUTRACommand* message or *RRC release* message within a certain time after fast MCG link recovery was initiated.

Upon reception of the MCG Failure Indication, the MN can send *RRC reconfiguration* message, *MobilityFromNRCommand* message, *MobilityFromEUTRACommand* message or *RRC release* message to the UE, using the SCG leg of split SRB1 or SRB3. Upon receiving an *RRC reconfiguration* message, *MobilityFromNRCommand* message or *MobilityFromEUTRACommand* message, the UE resumes MCG transmissions for all radio bearers. Upon receiving an *RRC release* message, the UE releases all the radio bearers and configurations.

(https://www.etsi.org/deliver/etsi_ts/137300_137399/137340/16.02.00_60/ts_137340v160200p.df).

### 5.3.10.3  Detection of radio link failure

The UE shall:

> 1> if any DAPS bearer is configured and T304 is running:

>> 2> upon T310 expiry in source SpCell; or

>> 2> upon random access problem indication from source MCG MAC; or

>> 2> upon indication from source MCG RLC that the maximum number of retransmissions has been reached; or

>> 2> upon consistent uplink LBT failure indication from source MCG MAC:

>>> 3> consider radio link failure to be detected for the source MCG i.e. source RLF;

>>> 3> suspend the transmission and reception of all DRBs in the source MCG;

>>> 3> reset MAC for the source MCG;

>>> 3> release the source connection.

> 1> else:

>> 2> during a DAPS handover: the following only applies for the target PCell;

>> 2> upon T310 expiry in PCell; or

>> 2> upon T312 expiry in PCell; or

>> 2> upon random access problem indication from MCG MAC while neither T300, T301, T304, T311 nor T319 are running; or

>> 2> upon indication from MCG RLC that the maximum number of retransmissions has been reached; or

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.07.00_60/ts_138331v160700p.pdf).

2> upon consistent uplink LBT failure indication from MCG MAC while T304 is not running:

    3> if the indication is from MCG RLC and CA duplication is configured and activated for MCG, and for the corresponding logical channel *allowedServingCells* only includes SCell(s):

        4> initiate the failure information procedure as specified in 5.7.5 to report RLC failure.

    3> else:

        4> consider radio link failure to be detected for the MCG, i.e. MCG RLF;

        4> discard any segments of segmented RRC messages stored according to 5.7.6.3;

NOTE:    Void.

        4> if AS security has not been activated:

            5> perform the actions upon going to RRC_IDLE as specified in 5.3.11, with release cause 'other';-

        4> else if AS security has been activated but SRB2 at least one DRB or, for IAB, SRB2, have not been setup:

            5> store the radio link failure information in the *VarRLF-Report* as described in subclause 5.3.10.5;

            5> perform the actions upon going to RRC_IDLE as specified in 5.3.11, with release cause 'RRC connection failure';

        4> else:

            5> store the radio link failure information in the *VarRLF-Report* as described in subclause 5.3.10.5;

            5> if T316 is configured; and

            5> if SCG transmission is not suspended; and

            5> if neither PSCell change nor PSCell addition is ongoing (i.e. timer T304 for the NR PSCell is not running in case of NR-DC or timer T307 of the E-UTRA PSCell is not running as specified in TS 36.331 [10], clause 5.3.10.10, in NE-DC):

                6> initiate the MCG failure information procedure as specified in 5.7.3b to report MCG radio link failure.

            5> else:

                6> initiate the connection re-establishment procedure as specified in 5.3.7.

(*Id.*).

## 5.7.3b.2    Initiation

A UE configured with split SRB1 or SRB3 initiates the procedure to report MCG failures when neither MCG nor SCG transmission is suspended, *t316* is configured, and when the following condition is met:

1> upon detecting radio link failure of the MCG, in accordance with 5.3.10.3, while T316 is not running.

Upon initiating the procedure, the UE shall:

1> stop timer T310 for the PCell, if running;

1> stop timer T312 for the PCell, if running;

1> suspend MCG transmission for all SRBs, DRBs, except SRB0, and, if any, BH RLC channels;

1> reset MCG MAC;

1> stop conditional reconfiguration evaluation for CHO, if configured;

1> stop conditional reconfiguration evaluation for CPC, if configured;

1> initiate transmission of the *MCGFailureInformation* message in accordance with 5.7.3b.4.

NOTE:    The handling of any outstanding UL RRC messages during the initiation of the fast MCG link recovery is left to UE implementation.

(*Id.*).

Fast MCG link recovery is supported for UEs in MR-DC configured with either split SRB or SRB3. A prerequisite for the fast MCG link recovery is that the SCG is not suspended, so that it can be used for the MCG failure reporting.

A UE in MR-DC does not trigger RRC re-establishment upon detecting an RLF. Instead, it suspends the MCG transmissions of all bearers and prepares an **MCGFailureInformation** message, containing the reason for failure and any available measurements at the time of failure, in order to help the network take the appropriate action. The UE then sends the **MCGFailureInformation** message to the network via the SCG, using the SCG radio resources either in split SRB1 or SRB3. If both split SRB1 and SRB3 are configured, the UE sends the message via split SRB1. In case the message is sent via SRB3, instead, the SN will forward the **MCGFailureInformation** message to the MN via internode interface between the MN and SN.

Upon receiving the **MCGFailureInformation** message from the UE, the MN determines the best action to address the MCG failure based on, for example, the measurement information received from the UE. The action may typically be a reconfiguration to change the Primary Cell of the UE to a better cell to restore the MCG connectivity.

Alternatively, if no suitable target cell is determined, the network may send an RRC release message to the UE to release the connection. In case split SRB1 is used, the network response is directly sent to the UE, by using the SCG leg of the split SRB – see figure 3. For the SRB3 case, the MN sends the response message to the SN, which then encapsulates it inside an SN RRC message and sends it to the UE.

([https://www.ericsson.com/en/blog/2020/9/fast-recovery-from-radio-link-failure](https://www.ericsson.com/en/blog/2020/9/fast-recovery-from-radio-link-failure)).

27.    **Indirect Infringement.** Upon information and belief, Defendant has been and now is actively induced infringement and continues to induce infringement of claim 1 of the '839 Patent in Texas, and elsewhere in the United States, by providing products including the FortiExtender 5G/LTE Gateway 511G, 511G-Wifi, and 511F ("Accused Instrumentality") that comply with the 5G standard for use in performing the method in claim 1. (*Supra* ¶¶22-27).  At least as of the filing of this lawsuit and service of the Complaint, Defendant has had knowledge of the '839 Patent, knowledge that the Accused Instrumentality is necessarily used in a way that complies with the 5G standard and infringes claim 1 of the '839 Patent (as explained above), knowledge that the use of the Accused Instrumentalities by its customers in a 5G network constituted direct patent infringement, as explained above.  Despite this knowledge of infringement of claim 1 of the '839

patent, Defendant continued to encourage and induce its customers to use the Accused Instrumentality in a 5G network by providing the Accused Instrumentality to its customers for use in a manner that infringed claim 1 of the '839 patent, providing manuals describing the operation of the Accused Instrumentality, and providing instructions for how to use the Accused Instrumentality in a 5G network in the manner described above. (*Supra* ¶¶22-17). Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing the Accused Instrumentality to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 1 of the '839 patent. Specifically, Defendant provides the Accused Instrumentality knowing that it is necessarily used in a 5G network which performs a method that infringes claim 1 of the '839 patent.

28.     Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '839 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. §284.

## V. COUNT III
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 9,036,563)

29.     Plaintiff incorporates the above paragraphs herein by reference.

30.     On May 19, 2015, the USPTO duly and legally issued U.S. Patent No. 9,036,563 ("the '563 Patent"), entitled "Method for Achieving Frequency Reuse in Wireless Communications Systems." A true and correct copy of the '563 Patent is attached hereto as Exhibit 1.

31.     Intellectros is the assignee of all right, title, and interest in the '563 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant

times against infringers of the '563 Patent.  Accordingly, Intellectros possesses the exclusive right and standing to prosecute the present action for infringement of the '563 Patent by Defendant.

32.     **Indirect Infringement.**  Upon information and belief, Defendant has been and now is actively induced infringement and continues to induce infringement of claim 1 of the '563 Patent in Texas, and elsewhere in the United States, by providing products including the FortiExtender 5G/LTE Gateway 511G, 511G-Wifi, and 511F ("Accused Instrumentality") that comply with the 5G standard for use in performing the method in claim 1

33.     The Accused Instrumentality, compliant with 5G standard, practices a method comprising: (a) obtaining a first path quality information (*e.g.*, a first beam measurement report) for each of a first set of multiple communications paths (*e.g.*, first set of multiple beams) for each unidirectional transmission between a first pair of communications devices (*e.g.*, a first UE and a first gNB).



(https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf).

## Models and Specifications

Select the best 5G/LTE product for your specific needs, from FortiExtender 5G/LTE gateways to FortiGate network firewalls with embedded 5G/LTE. Deployment site, environmental conditions, and signal availability should be considered when selecting the best product. For assistance choosing a firewall or extender, visit our **Product Compare Tool**.



| | MODEL | DEVICE TYPE | DATA SHEET | VIDEO |
|---|---|---|---|---|
| **Branch** | FortiExtender 101F » | Gateway | 📄 | |
| | FortiExtender 201F » | Gateway | 📄 | |
| | FortiExtender 202F » | Dual-Modem Gateway | 📄 | |
| | FortiExtender 212F » | Dual-Modem Gateway | 📄 | |
| **Mobility** | FortiExtender 311F » | Gateway | 📄 | |
| | FortiExtender 511G » | 5G Gateway | 📄 | |
| | FortiExtender 511G-WiFi » | 5G Gateway with Wi-Fi | 📄 | |
| **IoT** | FortiExtender 511F » | 5G Gateway | 📄 | ▶ |

(https://www.fortinet.com/products/wireless-wan-fortiextender).

## Features



### Superior Management, Security, and Control

FortiExtender is a plug-and-play device. Once connected to a FortiGate, either directly or remotely over VxLAN, FortiExtender appears as a regular network interface in FortiOS management. IT administrators can manage the connection and implement advanced protection from FortiGuard, just like any other FortiGate interface.

### Flexible Deployment for Optimal Signal Strength

FortiExtender devices removed the need for lengthy, expensive, and lossy antenna cables. FortiExtender utilizes Power over Ethernet (PoE) so you can run a high-quality Ethernet cable up to 100 meters away from the FortiGate or network switch where there is optimal 5G/LTE signal. Certain FortiExtender models also support SFP ports, so that you can deploy the device over 100 meters away from the FortiGate or network switch.

### 5G/LTE Wireless WAN



FortiExtender supports dual-SIM and dual-modem options, enabling up to four different ISPs for ultra-reliable connectivity. Dual-SIM models enable active/passive cellular for failover based on data plan, disconnects, signal strength, and link health, allowing you to balance connectivity quality and cost. Dual-Modem provides active/active cellular links for high-availability, traffic isolation, and load-balancing use cases. Failover configuration options for Dual-SIM FortiExtender include.

(https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf).

| | FEX-311F | FEX-511F |
|---|---|---|
| **Regional Compatibility** | | |
| | Global Carriers | Global Carriers |
| **Internal Modem Specifications** | | |
| Modem Model | Quectel EM160R-GL | Quectel RM502Q-AE |
| 5G NR SA and NSA ** | — | 5G Sub-6<br>Bands:<br>n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n48, n66, n71, n77, n78, n79 |
| 4G: LTE ** | CAT-16<br>FDD Bands:<br>1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66<br>TDD Bands:<br>38, 39, 40, 41, 42, 43, 46 (LAA), 48 (CBRS) | CAT-20<br>FDD Bands:<br>1, 2, 3, 4, 5, 7, 8, 12(17), 13, 14, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71<br>TDD Bands:<br>34, 38, 39, 40, 41, 42, 43, 48 |
| 3G: UMTS/HSPA+ ** | Bands: 1, 2, 3, 4, 5, 6, 8, 19 | Bands: 1, 2, 3, 4, 5, 6, 8, 19 |
| 3G: WCDMA ** | Bands: 1, 2, 3, 4, 5, 6, 8, 19 | Bands: 1, 2, 3, 4, 5, 6, 8, 19 |
| Additional Ports | MIMO1, MIMO2 | MIMO1, MIMO2 |
| Connector Type | 4x SMA<br>(MAIN, MIMO1, MIMO2, Diversity/GPS) | 4x SMA<br>(MAIN, MIMO1, MIMO2, Diversity/GPS) |
| Module Certifications | GCF, CE, PTCRB, FCC, IC, Anatel, IFETEL, SRRC/NAL/CCC, NCC, KC, JATE/TELEC, RCM, ICASA | GCF, CE, PTCRB, FCC, IC, JATE/TELEC, RCM |
| Diversity | ⊙ | ⊙ |
| MIMO | ⊙ | ⊙ |
| GNSS Bias | ⊙ | ⊙ |

(https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiExtender.pdf).

## 9.2.4    Measurements

In RRC_CONNECTED, the UE measures multiple beams (at least one) of a cell and the measurements results (power values) are averaged to derive the cell quality. In doing so, the UE is configured to consider a subset of the detected beams. Filtering takes place at two different levels: at the physical layer to derive beam quality and then at RRC level to derive cell quality from multiple beams. Cell quality from beam measurements is derived in the same way for the serving cell(s) and for the non-serving cell(s). Measurement reports may contain the measurement results of the $X$ best beams if the UE is configured to do so by the gNB.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.p

df).

An RRC_CONNECTED UE shall derive cell measurement results by measuring one or multiple beams associated per cell as configured by the network, as described in 5.5.3.3. For all cell measurement results and CLI measurement results in RRC_CONNECTED, except for RSSI, the UE applies the layer 3 filtering as specified in 5.5.3.2, before using the measured results for evaluation of reporting criteria, measurement reporting or the criteria to trigger conditional reconfiguration execution. For cell measurements, the network can configure RSRP, RSRQ, SINR, RSCP or EcN0 as trigger quantity. For CLI measurements, the network can configure SRS-RSRP or CLI-RSSI as trigger quantity. For cell and beam measurements, reporting quantities can be any combination of quantities (i.e. only RSRP; only RSRQ; only SINR; RSRP and RSRQ; RSRP and SINR; RSRQ and SINR; RSRP, RSRQ and SINR; only RSCP; only EcN0; RSCP and EcN0), irrespective of the trigger quantity, and for CLI measurements, reporting quantities can be only SRS-RSRP or only CLI-RSSI. For conditional reconfiguration execution, the network can configure up to 2 quantities, both using same RS type. The UE does not apply the layer 3 filtering as specified in 5.5.3.2 to derive the CBR measurements.

The network may also configure the UE to report measurement information per beam (which can either be measurement results per beam with respective beam identifier(s) or only beam identifier(s)), derived as described in 5.5.3.3a. If beam measurement information is configured to be included in measurement reports, the UE applies the layer 3 beam filtering as specified in 5.5.3.2. On the other hand, the exact L1 filtering of beam measurements used to derive cell measurement results is implementation dependent.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.01.00_60/ts_138331v160100p.pdf).



**Figure 9.2.4-1: Measurement Model**

NOTE 1:  K beams correspond to the measurements on SSB or CSI-RS resources configured for L3 mobility by gNB and detected by UE at L1.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf).

- **L3 Beam filtering**: filtering performed on the measurements (i.e. beam specific measurements) provided at point $A^1$. The behaviour of the beam filters is standardised and the configuration of the beam filters is provided by RRC signalling. Filtering reporting period at E equals one measurement period at $A^1$.

- **E**: a measurement (i.e. beam-specific measurement) after processing in the beam filter. The reporting rate is identical to the reporting rate at point $A^1$. This measurement is used as input for selecting the X measurements to be reported.

(*Id.*).

- **Beam Selection for beam reporting**: selects the X measurements from the measurements provided at point E. The behaviour of the beam selection is standardised and the configuration of this module is provided by RRC signalling.

- **F**: beam measurement information included in measurement report (sent) on the radio interface.

(*Id.*).

34.    The Accused Instrumentality practices obtaining a second path quality information (e.g., a second beam measurement report) for each of a second set of multiple communications paths (e.g., second set of multiple beams) for each unidirectional transmission between a second pair of communications devices (e.g., a second UE and the first gNB).

## 9.2.4    Measurements

In RRC_CONNECTED, the UE measures multiple beams (at least one) of a cell and the measurements results (power values) are averaged to derive the cell quality. In doing so, the UE is configured to consider a subset of the detected beams. Filtering takes place at two different levels: at the physical layer to derive beam quality and then at RRC level to derive cell quality from multiple beams. Cell quality from beam measurements is derived in the same way for the serving cell(s) and for the non-serving cell(s). Measurement reports may contain the measurement results of the $X$ best beams if the UE is configured to do so by the gNB.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf).

An RRC_CONNECTED UE shall derive cell measurement results by measuring one or multiple beams associated per cell as configured by the network, as described in 5.5.3.3. For all cell measurement results and CLI measurement results in RRC_CONNECTED, except for RSSI, the UE applies the layer 3 filtering as specified in 5.5.3.2, before using the measured results for evaluation of reporting criteria, measurement reporting or the criteria to trigger conditional reconfiguration execution. For cell measurements, the network can configure RSRP, RSRQ, SINR, RSCP or EcN0 as trigger quantity. For CLI measurements, the network can configure SRS-RSRP or CLI-RSSI as trigger quantity. For cell and beam measurements, reporting quantities can be any combination of quantities (i.e. only RSRP; only RSRQ; only SINR; RSRP and RSRQ; RSRP and SINR; RSRQ and SINR; RSRP, RSRQ and SINR; only RSCP; only EcN0; RSCP and EcN0), irrespective of the trigger quantity, and for CLI measurements, reporting quantities can be only SRS-RSRP or only CLI-RSSI. For conditional reconfiguration execution, the network can configure up to 2 quantities, both using same RS type. The UE does not apply the layer 3 filtering as specified in 5.5.3.2 to derive the CBR measurements.

The network may also configure the UE to report measurement information per beam (which can either be measurement results per beam with respective beam identifier(s) or only beam identifier(s)), derived as described in 5.5.3.3a. If beam measurement information is configured to be included in measurement reports, the UE applies the layer 3 beam filtering as specified in 5.5.3.2. On the other hand, the exact L1 filtering of beam measurements used to derive cell measurement results is implementation dependent.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.01.00_60/ts_138331v160100p.pdf).

**Figure 9.2.4-1: Measurement Model**

NOTE 1:  K beams correspond to the measurements on SSB or CSI-RS resources configured for L3 mobility by gNB and detected by UE at L1.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf).

- **L3 Beam filtering**: filtering performed on the measurements (i.e. beam specific measurements) provided at point $A^1$. The behaviour of the beam filters is standardised and the configuration of the beam filters is provided by RRC signalling. Filtering reporting period at E equals one measurement period at $A^1$.

- **E**: a measurement (i.e. beam-specific measurement) after processing in the beam filter. The reporting rate is identical to the reporting rate at point $A^1$. This measurement is used as input for selecting the X measurements to be reported.

(*Id.*).

- **Beam Selection for beam reporting**: selects the X measurements from the measurements provided at point E. The behaviour of the beam selection is standardised and the configuration of this module is provided by RRC signalling.

- **F**: beam measurement information included in measurement report (sent) on the radio interface.

(*Id.*).

In legacy LTE, the term MIMO usually refers to Single User MIMO (SU-MIMO). In Single User MIMO, both the base station and UE have multiple antenna ports and antennas, and multiple data streams are transmitted simultaneously to the UE using same time/frequency resources, doubling (2×2 MIMO), or quadrupling (4×4 MIMO) the peak throughput of a single user.

In MU-MIMO, base station sends multiple data streams, one per UE, using the same time-frequency resources. Hence, MU-MIMO increases the total cell throughput, i.e. cell capacity. The base station has multiple antenna ports, as many as there are UEs receiving data simultaneously, and one antenna port is needed in each UE.

(https://www.rcrwireless.com/20180912/5g/5g-nr-massive-mimo-and-beamforming-what-does-it-mean-and-how-can-i-measure-it-in-the-field).

The most commonly seen definition is that mMIMO is a system where the number of antennas exceeds the number of users. In practice, massive means there are 32 or more logical antenna ports in the base station It is expected that NEMs will start with a maximum of 64 logical antenna ports in 5G.

Figure 2 illustrates how mMIMO works in practice. An antenna array of 50 omni elements, with ½ wavelength spacing in between the antenna elements is used. The 50 elements transmit 4 distinct streams of data via 4 logical antenna ports, one stream for each UE. All four streams are transmitted using the same physical resource blocks, i.e. the same time/frequency resources. The data streams do not interfere between each other because each of them has a distinct radiation pattern, where the signal strength in the direction of the target UE is optimized, and in the directions of the other UEs (victim UEs) the signal strength is minimized.

(*Id.*).

35.    The Accused Instrumentality is used in a 5G network that practices determining multiple co-existing communications paths based on the first (e.g., first beam measurement report corresponding to the first pair) and the second path quality information (e.g., second beam measurement  report corresponding to second pair) in accordance with a first predetermined rule

(e.g., selecting paths with optimal signal powers and minimized interferences) by a coordinating device (e.g., 5G-NR core network device).  As shown below, the 5G network utilizes MU-MIMO concept where multiple users can be connected to single base station in same frequency. However, this results in multi-user interference and to avoid that orthogonal beam forming is used in same time and frequency domain. RSRP, SINR and RSRQ value should be above a minimum value required for determining multiple co-existing paths. Also, analysis of all the measurement report and network synchronization etc. is performed by the 5G-NR core network or 5G-NR core network device.

### 5.5.3.3    Derivation of cell measurement results

The network may configure the UE in RRC_CONNECTED to derive RSRP, RSRQ and SINR measurement results per cell associated to NR measurement objects based on parameters configured in the *measObject* (e.g. maximum number of beams to be averaged and beam consolidation thresholds) and in the *reportConfig* (*rsType* to be measured, SS/PBCH block or CSI-RS).

The network may configure the UE in RRC_IDLE or in RRC_INACTIVE to derive RSRP and RSRQ measurement results per cell associated to NR carriers based on parameters configured in *measIdleCarrierListNR* within *VarMeasIdleConfig* for measurements performed according to 5.7.8.2a.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.01.00_60/ts_138331v160100p.pdf).

## 5.5.3      Performing measurements

### 5.5.3.1      General

An RRC_CONNECTED UE shall derive cell measurement results by measuring one or multiple beams associated per cell as configured by the network, as described in 5.5.3.3. For all cell measurement results and CLI measurement results in RRC_CONNECTED, except for RSSI, the UE applies the layer 3 filtering as specified in 5.5.3.2, before using the measured results for evaluation of reporting criteria, measurement reporting or the criteria to trigger conditional reconfiguration execution. For cell measurements, the network can configure RSRP, RSRQ, SINR, RSCP or EcN0 as trigger quantity. For CLI measurements, the network can configure SRS-RSRP or CLI-RSSI as trigger quantity. For cell and beam measurements, reporting quantities can be any combination of quantities (i.e. only RSRP; only RSRQ; only SINR; RSRP and RSRQ; RSRP and SINR; RSRQ and SINR; RSRP, RSRQ and SINR; only RSCP; only EcN0; RSCP and EcN0), irrespective of the trigger quantity, and for CLI measurements, reporting quantities can be only SRS-RSRP or only CLI-RSSI. For conditional reconfiguration execution, the network can configure up to 2 quantities, both using same RS type. The UE does not apply the layer 3 filtering as specified in 5.5.3.2 to derive the CBR measurements.

The network may also configure the UE to report measurement information per beam (which can either be measurement results per beam with respective beam identifier(s) or only beam identifier(s)), derived as described in 5.5.3.3a. If beam measurement information is configured to be included in measurement reports, the UE applies the layer 3 beam filtering as specified in 5.5.3.2. On the other hand, the exact L1 filtering of beam measurements used to derive cell measurement results is implementation dependent.

(*Id.*).

The UE shall:

1> whenever the UE has a *measConfig*, perform RSRP and RSRQ measurements for each serving cell for which *servingCellMO* is configured as follows:

  2> if the *reportConfig* associated with at least one *measId* included in the *measIdList* within *VarMeasConfig* contains an *rsType* set to *ssb* and *ssb-ConfigMobility* is configured in the *measObject* indicated by the *servingCellMO*:

    3> if the *reportConfig* associated with at least one *measId* included in the *measIdList* within *VarMeasConfig* contains a *reportQuantityRS-Indexes* and *maxNrofRS-IndexesToReport* and contains an *rsType* set to *ssb*:

      4> derive layer 3 filtered RSRP and RSRQ per beam for the serving cell based on SS/PBCH block, as described in 5.5.3.3a;

    3> derive serving cell measurement results based on SS/PBCH block, as described in 5.5.3.3;

(*Id.*).

## 5.5.3.2    Layer 3 filtering

The UE shall:

1> for each cell measurement quantity, each beam measurement quantity, each sidelink measurement quantity as needed in sub-clause 5.8.10, and for each CLI measurement quantity that the UE performs measurements according to 5.5.3.1:

2> filter the measured result, before using for evaluation of reporting criteria or for measurement reporting, by the following formula:

$$F_n = (1 − a)*F_{n-1} + a*M_n$$

where

$M_n$ is the latest received measurement result from the physical layer;

$F_n$ is the updated filtered measurement result, that is used for evaluation of reporting criteria or for measurement reporting;

$F_{n-1}$ is the old filtered measurement result, where $F_0$ is set to $M_1$ when the first measurement result from the physical layer is received; and for *MeasObjectNR*, $a = 1/2^{(ki/4)}$, where $k_i$ is the *filterCoefficient* for the corresponding measurement quantity of the i:th *QuantityConfigNR* in *quantityConfigNR-List*, and $i$ is indicated by *quantityConfigIndex* in *MeasObjectNR*; for other measurements, $a = 1/2^{(k/4)}$, where $k$ is the *filterCoefficient* for the corresponding measurement quantity received by the *quantityConfig*; for

(*Id.*).

In legacy LTE, the term MIMO usually refers to Single User MIMO (SU-MIMO). In Single User MIMO, both the base station and UE have multiple antenna ports and antennas, and multiple data streams are transmitted simultaneously to the UE using same time/frequency resources, doubling (2×2 MIMO), or quadrupling (4×4 MIMO) the peak throughput of a single user.

In MU-MIMO, base station sends multiple data streams, one per UE, using the same time-frequency resources. Hence, MU-MIMO increases the total cell throughput, i.e. cell capacity. The base station has multiple antenna ports, as many as there are UEs receiving data simultaneously, and one antenna port is needed in each UE.

(https://www.rcrwireless.com/20180912/5g/5g-nr-massive-mimo-and-beamforming-what-does-it-mean-and-how-can-i-measure-it-in-the-field).

The most commonly seen definition is that mMIMO is a system where the number of antennas exceeds the number of users. In practice, massive means there are 32 or more logical antenna ports in the base station It is expected that NEMs will start with a maximum of 64 logical antenna ports in 5G.

Figure 2 illustrates how mMIMO works in practice. An antenna array of 50 omni elements, with ½ wavelength spacing in between the antenna elements is used. The 50 elements transmit 4 distinct streams of data via 4 logical antenna ports, one stream for each UE. All four streams are transmitted using the same physical resource blocks, i.e. the same time/frequency resources. The data streams do not interfere between each other because each of them has a distinct radiation pattern, where the signal strength in the direction of the target UE is optimized, and in the directions of the other UEs (victim UEs) the signal strength is minimized.

(*Id.*).

## User Selection of Downlink Multi-User MIMO

Allocating as many users and layers as possible does not always maximize the entire cell throughput. Due to the limited transmit power of the base station, when the number of MIMO layers increases, the transmit power per layer (or equivalently beam gain per layer) decreases. In the case of DL MU-MIMO that requires accurate inter-beam orthogonality to avoid multi-user interference, selecting the user group that shares the time and frequency resources can make a significant difference in the system performance. The typical methods of MIMO user selection are as follows:

(https://images.samsung.com/is/content/samsung/assets/global/business/networks/insights/white-papers/1208_massive-mimo-for-new-radio/MassiveMIMOforNRTechnicalWhitePaper-v1.2.0.pdf).

In the case of DL MU-MIMO, imperfectly orthogonal beams cause multi-user interference and render it difficult for each user's receiver to eliminate the interference. Hence, as shown in Figure 10, the BF weight should be chosen carefully in order to not only maximize the beam gain toward the desired user, but also to minimize its leakage power toward other users who receive DL signals through the same time and frequency resource.

To understand this procedure in detail, we must first look at when one SRS resource is allocated to each user, instead of T1R4 TAS SRS resources, (because of limited user capability or insufficient SRS resources). The system tries to communicate with $K$ users through the same time/frequency resources, the base station constructs a ($K$ X $M$) MIMO channel matrix from the SRS channel response received at each $M$ antenna port. The method of forcing the beams towards other users equal zero - using the given channel matrix - is called a zero-forcing precoding.

If a user supports SRS TAS (e.g., T1R4), in DL MU-MIMO, it is possible for the user to be allocated with multiple layers or for a user-specific precoding to be applied as to maximize the receive performance of the user. With this assumption, the channel matrix size increases as ($4K$ X $M$). The number of layers per user and the BF weights are determined to minimize the interference to the other users and to maximize the MIMO capacity to the desired user.

(https://images.samsung.com/is/content/samsung/assets/global/business/networks/insights/white-papers/1208_massive-mimo-for-new-radio/MassiveMIMOforNRTechnicalWhitePaper-v1.2.0.pdf).



Figure 10. Beam Relation for DL MU-MIMO

(*Id.*).

36.    The Accused Instrumentality is used in a 5G network that practices sending channel resource allocation information to the first pair (*e.g.*, a first UE and a first gNB) and the second

pair of communications devices (*e.g.*, a second UE and the first gNB) to use corresponding co-existing communications paths such that the first pair (*e.g.*, a first UE and a first gNB) and the second pair (*e.g.*, a second UE and the first gNB) of communications devices communicate over the communications channel during a period of time concurrently (*e.g.*, MU-MIMO), wherein each communication path is established by beamforming using directional antennas to form multiple directional beam patterns, wherein the beamforming involves adjusting (*e.g.*, adjustment by tracking and refinement) a receiving beam pattern of a non-coordinating receiving communications device (*e.g.*, a non-coordinating UE due to UE mobility ) for each corresponding transmitting beam pattern of a non-coordinating transmitting communications device (*e.g.*, a non-coordinating transmitting gNB due to UE mobility) according to a second predetermined rule (*e.g.*, or CSI-RSRP or SSB-RSRP value).  As shown below, after initial access procedures, both the UE and 5G node (gNB) establish suitable beam directions for directional communications. Once the initial access procedure is completed, the UE enters a 'connected' state and further beam tracking and refinement is performed using beam adjustment procedures based on SSB-RSRP value which is the received signal power.

## 5.5    Transport Channels

The physical layer offers information transfer services to MAC and higher layers. The physical layer transport services are described by *how* and with what characteristics data are transferred over the radio interface. An adequate term for this is "Transport Channel". This should be clearly separated from the classification of *what* is transported, which relates to the concept of logical channels at MAC sublayer.

Downlink transport channel types are:

1. **Broadcast Channel (BCH)** characterised by:

    - fixed, pre-defined transport format;

    - requirement to be broadcast in the entire coverage area of the cell, either as a single message or by beamforming different BCH instances.

2. **Downlink Shared Channel (DL-SCH)** characterised by:

    - support for HARQ;

    - support for dynamic link adaptation by varying the modulation, coding and transmit power;

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf).

- possibility to be broadcast in the entire cell;

- possibility to use beamforming;

- support for both dynamic and semi-static resource allocation;

- support for UE discontinuous reception (DRX) to enable UE power saving.

(*Id.*).

Uplink transport channel types are:

1. **Uplink Shared Channel (UL-SCH)** characterised by:

    - possibility to use beamforming;

    - support for dynamic link adaptation by varying the transmit power and potentially modulation and coding;

    - support for HARQ;

    - support for both dynamic and semi-static resource allocation.

2. **Random Access Channel(s) (RACH)** characterised by:

    - limited control information;

    - collision risk.

## 6.2.2    Logical Channels

Different kinds of data transfer services as offered by MAC. Each logical channel type is defined by what type of information is transferred. Logical channels are classified into two groups: Control Channels and Traffic Channels. Control channels are used for the transfer of control plane information only:

- Broadcast Control Channel (BCCH): a downlink channel for broadcasting system control information.

- Paging Control Channel (PCCH): a downlink channel that carries paging messages.

- Common Control Channel (CCCH): channel for transmitting control information between UEs and network. This channel is used for UEs having no RRC connection with the network.

- Dedicated Control Channel (DCCH): a point-to-point bi-directional channel that transmits dedicated control information between a UE and the network. Used by UEs having an RRC connection.

Traffic channels are used for the transfer of user plane information only:

- Dedicated Traffic Channel (DTCH): point-to-point channel, dedicated to one UE, for the transfer of user information. A DTCH can exist in both uplink and downlink.

(*Id.*).

## User Selection of Downlink Multi-User MIMO

Allocating as many users and layers as possible does not always maximize the entire cell throughput. Due to the limited transmit power of the base station, when the number of MIMO layers increases, the transmit power per layer (or equivalently beam gain per layer) decreases. In the case of DL MU-MIMO that requires accurate inter-beam orthogonality to avoid multi-user interference, selecting the user group that shares the time and frequency resources can make a significant difference in the system performance. The typical methods of MIMO user selection are as follows:

(https://images.samsung.com/is/content/samsung/assets/global/business/networks/insights/white-papers/1208_massive-mimo-for-new-radio/MassiveMIMOforNRTechnicalWhitePaper-v1.2.0.pdf).

In the case of DL MU-MIMO, imperfectly orthogonal beams cause multi-user interference and render it difficult for each user's receiver to eliminate the interference. Hence, as shown in Figure 10, the BF weight should be chosen carefully in order to not only maximize the beam gain toward the desired user, but also to minimize its leakage power toward other users who receive DL signals through the same time and frequency resource.

To understand this procedure in detail, we must first look at when one SRS resource is allocated to each user, instead of T1R4 TAS SRS resources, (because of limited user capability or insufficient SRS resources). The system tries to communicate with $K$ users through the same time/frequency resources, the base station constructs a ($K$ X $M$) MIMO channel matrix from the SRS channel response received at each $M$ antenna port. The method of forcing the beams towards other users equal zero - using the given channel matrix - is called a zero-forcing precoding.

If a user supports SRS TAS (e.g., T1R4), in DL MU-MIMO, it is possible for the user to be allocated with multiple layers or for a user-specific precoding to be applied as to maximize the receive performance of the user. With this assumption, the channel matrix size increases as ($4K$ X $M$). The number of layers per user and the BF weights are determined to minimize the interference to the other users and to maximize the MIMO capacity to the desired user.

(*Id.*).



**Figure 10. Beam Relation for DL MU-MIMO**

(*Id.*).

2. **Reporting configurations:** A list of reporting configurations where there can be one or multiple reporting configurations per measurement object. Each measurement reporting configuration consists of the following:

   - Reporting criterion: The criterion that triggers the UE to send a measurement report. This can either be periodical or a single event description.

   - RS type: The RS that the UE uses for beam and cell measurement results (SS/PBCH block or CSI-RS).

   - Reporting format: The quantities per cell and per beam that the UE includes in the measurement report (e.g. RSRP) and other associated information such as the maximum number of cells and the maximum number beams per cell to report.

   In case of conditional reconfiguration triggering configuration, each configuration consists of the following:

   - Execution criteria: The criteria that triggers the UE to perform conditional reconfiguration execution.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.01.00_60/ts_138331v160100p.p
df).

#### 5.3.5.13.5    Conditional reconfiguration execution

The UE shall:

    1> if more than one triggered cell exists:

        2> select one of the triggered cells as the selected cell for conditional reconfiguration execution;

    1> for the selected cell of conditional reconfiguration execution:

        2> apply the stored *condRRCReconfig* of the selected cell and perform the actions as specified in 5.3.5.3;

NOTE:    If multiple NR cells are triggered in conditional reconfiguration execution, it is up to UE implementation which one to select, e.g. the UE considers beams and beam quality to select one of the triggered cells for execution.

(*Id.*).

**Beam Level Mobility** does not require explicit RRC signalling to be triggered. The gNB provides via RRC signalling the UE with measurement configuration containing configurations of SSB/CSI resources and resource sets, reports and

*ETSI*

**3GPP TS 38.300 version 16.4.0 Release 16**        **70**        **ETSI TS 138 300 V16.4.0 (2021-01)**

trigger states for triggering channel and interference measurements and reports. Beam Level Mobility is then dealt with at lower layers by means of physical layer and MAC layer control signalling, and RRC is not required to know which beam is being used at a given point in time.

SSB-based Beam Level Mobility is based on the SSB associated to the initial DL BWP and can only be configured for the initial DL BWPs and for DL BWPs containing the SSB associated to the initial DL BWP. For other DL BWPs, Beam Level Mobility can only be performed based on CSI-RS.

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf).

The RRM configuration can include both beam measurement information (for layer 3 mobility) associated to SSB(s) and CSI-RS(s) for the reported cell(s) if both types of measurements are available. Also, if CA is configured, the RRM configuration can include the list of best cells on each frequency for which measurement information is available. And the RRM measurement information can also include the beam measurement for the listed cells that belong to the target gNB.

The common RACH configuration for beams in the target cell is only associated to the SSB(s). The network can have dedicated RACH configurations associated to the SSB(s) and/or have dedicated RACH configurations associated to CSI-RS(s) within a cell. The target gNB can only include one of the following RACH configurations in the Handover Command to enable the UE to access the target cell:

i)   Common RACH configuration;

ii)  Common RACH configuration + Dedicated RACH configuration associated with SSB;

iii) Common RACH configuration + Dedicated RACH configuration associated with CSI-RS.

(*Id.*).

–       *VarMeasConfig*

The UE variable *VarMeasConfig* includes the accumulated configuration of the measurements to be performed by the UE, covering intra-frequency, inter-frequency and inter-RAT mobility related measurements.

**VarMeasConfig UE variable**

```
-- ASN1START
-- TAG-VARMEASCONFIG-START

VarMeasConfig ::=                SEQUENCE {
    -- Measurement identities
    measIdList                  MeasIdToAddModList        OPTIONAL,
    -- Measurement objects
    measObjectList              MeasObjectToAddModList     OPTIONAL,
    -- Reporting configurations
    reportConfigList            ReportConfigToAddModList   OPTIONAL,
    -- Other parameters
    quantityConfig              QuantityConfig             OPTIONAL,

    s-MeasureConfig                 CHOICE {
        ssb-RSRP                        RSRP-Range,
        csi-RSRP                        RSRP-Range
    }                                                      OPTIONAL
```

(https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.01.00_60/ts_138331v160100p.pdf).

In TDD (time division duplex) bands, 5G NR also allows dynamic TDD operation where the network can dynamically assign each slot to be DL or UL. This allows more efficient use of the spectrum. By using dynamic TDD, the network can allocate more or fewer resources for DL or UL, depending on the specific traffic requirement of the network, device, and service being provided.

While testing 5G NR device throughput, it is critical to have access into the lower-layer frame structure to configure and test for maximum throughput.

**Beamforming performance at mmWave frequencies.** Beamforming can be used to overcome propagation and penetration losses at higher frequencies. Beamforming achieves a stronger signal-to-noise ratio (SNR) by using high directive radiation beams that provide additional antenna gain. The following new procedures for beamforming have been defined in the 5G NR specifications:

- Beam acquisition and tracking
- Beam refinement
- Beam feedback
- Beam switching

(https://www.keysight.com/us/en/assets/7018-06369/brochures/5992-3413.pdf).



Figure 4. Multi-element antenna arrays steering beams to multiple devices

Conceptually, beam steering is implemented by applying phase and gain adjustments on signals transmitted by an array of antenna elements, thereby providing high gain in specific spatial directions (figure 4).

**mmWave initial access.** New initial access procedures provide a mechanism by which both the UE and 5G node (gNB) establish suitable beam directions for directional communications. Once the initial acccess procedure is completed, the UE enters a 'connected' state and further beam tracking/refinement is performed using closed loop beam adjustment procedures.

(*Id.*).

### 2.7.4  Beam Tracking

The Beam Tracking technique assures that the best beam pair for data transmission is maintained when the UE moves, or its environment changes. The base station periodically broadcasts SSBs from which the UE can obtain beam strength (RSRP value) by measuring the SSB signal. The UE reports the measured beam strength value back to the gNodeB, which in turn can decide the best transmission beam. The beam tracking procedure is responsible for both widebeam and narrowbeam changes. The beamtracking is using techniques to detect the strongest narrow beam based on UE measurements for both CSI-RS resources and SSBs [13].

(https://www.eit.lth.se/sprapport.php?uid=1333).

37.    At least as of the filing of this lawsuit and service of the Complaint, Defendant has had knowledge of the '563 Patent, knowledge that the Accused Instrumentality is necessarily used in a way that complies with the 5G standard and infringes claim 1 of the '563 Patent (as explained above), knowledge that the use of the Accused Instrumentalities by its customers in a 5G network constituted direct patent infringement, as explained above. (*Supra* ¶33). Despite this knowledge of infringement of claim 1 of the '563 patent, Defendant continued to encourage and induce its customers to use the Accused Instrumentality in a 5G network by providing the Accused Instrumentality to its customers for use in a manner that infringed claim 1 of the '563 patent, providing manuals describing the operation of the Accused Instrumentality, and providing instructions for how to use the Accused Instrumentality in a 5G network in the manner described above. (*Supra* ¶33). Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing the Accused Instrumentality to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 1 of the '563 patent. Specifically, Defendant provides the Accused Instrumentality knowing that it is necessarily used in a 5G network which performs a method that infringes claim 1 of the '563 patent. (*Supra* ¶33).

38.     Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '563 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. §284.

39.     Unless a preliminary and permanent injunction is issued enjoining Defendant and all others acting in active concert therewith from infringing the three patents-in-suit, Plaintiff will be greatly and irreparably harmed.

## VII.   JURY DEMAND

40.     Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.     Judgment that one or more claims of United States Patent No. 9,755,797 have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b.     Judgment that one or more claims of United States Patent No. 9,794,839 have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

c.     Judgment that one or more claims of United States Patent No. 9,036,563 have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

d.     Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

e.     That Defendant and all others acting in active concert therewith are preliminarily and permanently enjoined from infringing the patents-in-suit;

f.     That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

g.     That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.


DATED October 8, 2025.                          Respectfully submitted,

                                                */s/ Steven G. Kalberg*
                                                David R. Bennett (IL Bar No.: 6244214)
                                                Steven G. Kalberg (IL Bar No.: 6336131)
                                                *(Admitted to the United States District*
                                                *Court for the Eastern District of Texas)*
                                                **DIRECTION IP LAW**
                                                P.O. Box 14184
                                                Chicago, Illinois 60614
                                                Tel: (312) 291-1667
                                                dbennett@directionip.com
                                                skalberg@directionip.com

                                                *Counsel for Plaintiff*
                                                *Intellectros LLC*